```
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF INDIANA
 2                        HAMMOND DIVISION

 3   UNITED STATES OF AMERICA,      )
                                    )
 4        Plaintiff,                )
                                    )
 5   vs.                            ) 2:15-CR-72
                                    )
 6   KASH LEE KELLY,                )
                                    )
 7        Defendant.                )

 8                    TRANSCRIPT OF CHANGE OF PLEA
                           June 26, 2017
 9              BEFORE THE HONORABLE PHILIP P. SIMON
                    UNITED STATES DISTRICT JUDGE
10

11   A P P E A R A N C E S:

12   FOR THE GOVERNMENT:

13                       THOMAS L. KIRSCH II
                         United States Attorney
14                       BY:  DEAN R. LANTER
                              David J. Nozick
15                       U.S. Attorney's Office
                         5400 Federal Plaza, Suite 1500
16                       Hammond, Indiana  46320
                         (219) 937-5500
17

18   FOR THE DEFENDANT:

19                       SONYA D. SCOTT-DIX
                         3620 W. 80th Lane
20                       Merrillville, Indiana  46410
                         (219) 756-1529
21

22   ALSO PRESENT:      Sanjin Bosnjak, U.S. Probation

23
     Proceedings reported by stenotype.  Transcript produced by
24   computer-aided transcription.

25
```

1          (The following proceedings were held in open court

2          beginning at 9:36 a.m., reported as follows:)

3               **DEPUTY CLERK:**  All rise.

4               **THE COURT:**  You can be seated.  Sorry about that.  I

5     had forgotten something out there.

6          Good morning, everyone.

7               **MR. LANTER:**  Good morning.

8               **MS. SCOTT-DIX:**  Good morning.

9               **THE DEFENDANT:**  Good morning, sir.

10              **THE COURT:**  We're on the record in Cause

11    No. 2:15-CR-72.  The case is United States versus

12    Kash Lee Kelly.  We're here for a plea hearing in the case.

13    Mr. Kelly is here with his lawyer, Ms. Scott-Dix.

14         Is that right?

15              **MS. SCOTT-DIX:**  Yes, Judge.  Good morning.

16              **THE COURT:**  Good to meet you, ma'am.

17         Mr. Lanter is here for the government.

18         Mr. Kelly, my name is Phil Simon.  I'm the judge that's

19    been assigned to your case, and I have been told that it is

20    your intention today to plead guilty to a lesser-included

21    offense of Count Two of the Third Superseding Indictment.  Is

22    that true?

23              **THE DEFENDANT:**  Yes, sir.

24              **THE COURT:**  All right.  Before we proceed today, I'm

25    going to have to put you under oath because I have a bunch of

1    questions for you.  So I'll need you to stand up and raise your

2    right hand, and this lady right here is going to swear you in.

3        *(The oath was administered.)*

4            **THE DEFENDANT:**  Yes, ma'am.

5                        **EXAMINATION**

6    **BY THE COURT:**

7    **Q.**   Mr. Kelly, do you understand you are now under oath, and

8    if you answer any of my questions falsely, your answers could

9    later be used against you in another prosecution for perjury or

10   making a false statement?

11   **A.**   Yes, sir.

12   **Q.**   Do you understand that?

13   **A.**   Yes, sir.

14   **Q.**   If you would, please state your full name for my reporter

15   here.

16   **A.**   Kash Lee Kelly.

17   **Q.**   And how old are you, sir?

18   **A.**   I'm 28.

19   **Q.**   Where were you born?

20   **A.**   East Chicago, Indiana.

21   **Q.**   How far did you go in school?

22   **A.**   I got to tenth grade and then got my GED.

23   **Q.**   All right.  I'm going to assume you can read, write, and

24   understand the English language.  Is that true?

25   **A.**   Yes, sir.

1   **Q.**   Have you been treated recently for any mental illness or

2   addiction to narcotic drugs of any kind?

3   **A.**   No, sir.

4   **Q.**   Are you presently under the influence of any kind of

5   drugs, prescription drugs, medicine, alcoholic beverage,

6   anything like that?

7   **A.**   No, sir.

8   **Q.**   Are you clearheaded today?

9   **A.**   Yes, sir.

10   **Q.**   All right.  Have you received a copy of this document?  It

11   is the Third Superseding Indictment.  That's the place where

12   the written statement of the charges that you are facing are

13   set out.  Have you received that?

14   **A.**   Yes, sir.

15   **Q.**   Have you had an opportunity to fully discuss the charges

16   that are in that document and the case generally with your

17   lawyer?

18   **A.**   Yes, sir.

19   **Q.**   Are you fully satisfied with the advice and the

20   representation and the counsel that you have received in this

21   case from Ms. Scott-Dix?

22   **A.**   Yes, sir.  She's been amazing.

23   **Q.**   Okay.  Now, you told me a couple of minutes ago that we're

24   here today because you want to plead guilty to what's known as

25   a lesser-included offense of Count Two of that Indictment.  Is

1   that true?

2   **A.**   Yes, sir.

3   **Q.**   All right.  Well, there has been produced for my

4   inspection and filing a document entitled Plea Agreement.  The

5   document is eight pages in length, and the last page contains

6   what looks like a signature of a Kash Kelly and his lawyer, and

7   there's the signature of Mr. Nozick, the Assistant U.S.

8   Attorney.  Is that, in fact, your signature on that last page

9   of that document?

10  **A.**   Yes, sir, it is.

11          **THE COURT:**  I have reviewed the document.  It has

12  been filed with the Court.

13      Ms. Scott-Dix, is the plea of guilty by your client being

14  made pursuant to this agreement?

15          **MS. SCOTT-DIX:**  It is, Judge.

16          **THE COURT:**  All right.

17  **BY THE COURT:**

18  **Q.**   So, Mr. Kelly, do you have a copy of that plea agreement

19  in front of you?

20  **A.**   Yes, sir, I do.

21  **Q.**   If you would, turn to page 4 of that document; and on

22  page 4, you'll see a paragraph 7 there.  Then underneath

23  paragraph 7, there's a series of subparagraphs that begin with

24  a letter, A, B, C, et cetera.  Do you see what I'm referencing?

25  **A.**   Yes, sir.

1  **Q.**   Now, as I understand it, what is contained in paragraph 7

2  and these various subparagraphs, that's really what makes up

3  the terms of the agreement you've reached with the government

4  in this case.  You agree with that?

5  **A.**   Yes, sir.

6  **Q.**   All right.  Well, you and I are going to have to go

7  through this document in some detail because I'm going to have

8  to assure myself that you fully understand the terms of this

9  plea agreement and more generally you understand what you are

10  doing here today.  Okay?

11  **A.**   Yes, sir.

12  **Q.**   Have you and your lawyer had an opportunity to throughly

13  and completely review this document before you signed it?

14  **A.**   Yes, sir.

15  **Q.**   I assume you had a number of questions for her.  Was she

16  able to answer all of the questions that you may have had about

17  the content of this document?

18  **A.**   Yeah, I believe so, sir.

19  **Q.**   Okay.  Good.

20      So let's start at paragraph 7A.  What that says is that

21  you are going to plead guilty today to a lesser-included

22  offense of Count Two of the Third Superseding Indictment, and

23  that count of the Indictment charges you with conspiracy to

24  possess with the intent to distribute more than 5 kilograms of

25  cocaine and 100 kilograms of marijuana.  But you are actually

1  going to plead guilty to a lesser-included offense which is the

2  same conspiracy but involving smaller quantities of drugs.  In

3  other words, more than 500 grams of cocaine and 100 kilograms

4  of marijuana.  And so it says here that you want to plead

5  guilty to that lesser-included offense because you are, in

6  fact, guilty of that crime.  Is that true?

7  **A.**   Yes, sir.

8  **Q.**   All right.  We'll get into some of the details in a few

9  minutes about what you did that causes you to believe that you

10  are, in fact, guilty.  But for now I want to talk about the

11  penalties that you are potentially facing as a result of your

12  plea of guilty.  Those penalties are set out in paragraph 7B.

13       So, first, do you understand that the maximum possible

14  penalty provided by law for this crime that you are about to

15  plead guilty to is 40 years imprisonment; you face a fine of

16  $5 million; you face a lifetime term of supervised release; and

17  you'll have to pay a $100 special assessment?  Those are the

18  maximum penalties that you are conceivably facing as a result

19  of your plea of guilty.

20       Do you fully understand that?

21  **A.**   Yes, sir.

22  **Q.**   Now, there's also in this case, given the amount of drugs

23  that are alleged in the Indictment -- or in this

24  lesser-included offense, there's something called a mandatory

25  minimum that is at play in this case.  And the mandatory

```
 1   minimum term of imprisonment in this case is five years, so

 2   that's the minimum that you could receive in this case.

 3        Do you fully understand that?

 4   A.   Yes, sir.

 5   Q.   Okay.  Do you have any questions for me about the

 6   penalties that you are potentially facing in this case?

 7   A.   No, sir.

 8   Q.   Okay.  All right.  Now, have you and your lawyer talked

 9   about how the United States Sentencing Guidelines might apply

10   to your case?

11   A.   Yes, sir.

12   Q.   Did she run through those guidelines with you to try to

13   come up with some estimates as to where your case might fall

14   under those guidelines?

15   A.   Yes, sir.

16   Q.   Now, in that regard, you and the government have arrived

17   at a series of agreements relating to the sentencing

18   guidelines, and those are set out on page 5 -- at the top of

19   page 5.

20        And the first agreement you've reached with the government

21   deals with the concept of acceptance of responsibility; that's

22   one of the factors under the sentencing guidelines that I have

23   to take into consideration when we compute your guideline

24   range, is whether or not you have accepted responsibility for

25   having committed this crime.  And you and the government have
```

```
 1    agreed that you have, in fact, fully accepted responsibility

 2    for having committed this crime; and as a result of that, the

 3    government is going to ask me to give you a lower sentence

 4    under those guidelines to reflect the fact that you have

 5    accepted responsibility.

 6          Do you understand that?

 7    A.    Yes, sir.

 8    Q.    All right.  Now, it is also important for you to

 9    understand that the government is only obligated to ask me to

10    give you a lower sentence for accepting responsibility provided

11    that you, in fact, continue to accept responsibility up until

12    the time of sentencing.

13          Do you understand that?

14    A.    Yes, sir.

15    Q.    So if you -- heaven forbid, let's say, next week you go

16    out and commit another crime, or let's say you turn in a

17    positive urine sample that shows you are using drugs, those

18    would be examples that would suggest to the government that you

19    are really not accepting responsibility; and if you did

20    something like that, they would not be bound to ask me to give

21    you a lower sentence on that basis.

22          Do you understand all of that?

23    A.    Yes, sir.

24    Q.    Okay.  Now, you and the government have also agreed

25    that -- one of the factors in a drug case is whether or not the
```

1    person who has been convicted was armed during the offense.

2    Obviously, people who are dealing drugs or involved in the drug

3    trade while they are armed tend to receive higher sentences

4    than people who are involved in that trade while they are not

5    armed.  And you and the government have agreed that during --

6    in connection with this offense of conviction you, in fact,

7    possessed a firearm.  Do you agree with that?

8    **A.**    Yes, sir.

9    **Q.**    Now, another factor under the sentencing guidelines that

10   really drives the sentence in a drug case is how much drugs

11   were involved in the case.  The higher the quantity, the higher

12   the sentence under the sentencing guidelines; and you and the

13   government have agreed that you should be responsible for

14   somewhere between 3.5 and 5 kilograms of cocaine.  Do you agree

15   with that?

16   **A.**    Yes, sir.

17   **Q.**    Okay.  Now, lastly, you and the government have agreed

18   that no matter what the guideline range turns out to be, the

19   government is going to recommend that you receive a sentence at

20   the lowest point, the minimum, in that range.

21         Do you understand that?

22   **A.**    Yes, sir.

23   **Q.**    All right.  Now, all of these agreements that you have

24   with the government relating to the sentencing guidelines that

25   you and I have just talked about, they're just that, agreements

1   you have with the government.  They are not binding on the

2   Court.  I might go along with the recommendations that you all

3   make to me, but I may choose not to.  But no matter what I do,

4   you are still going to be bound by your plea of guilty, and you

5   will have no right to withdraw it.

6        Do you understand that?

7   **A.**   Yes, sir.

8   **Q.**   Okay.  Let's talk about paragraph D 'cause that's an

9   important provision of your plea agreement.  They are all

10  important, but this is as well, and this is where your

11  appellate rights are being discussed.

12       So I want to talk generally first just so I make sure

13  we're on the same page here.  Ordinarily, when somebody is

14  found guilty of a crime, they have a right to appeal their

15  conviction and the sentence that they receive to a higher court

16  if they disagree with something that took place in the lower

17  court; that's the right to appeal.

18       Do you understand that concept generally?

19  **A.**   Yes, sir.

20  **Q.**   But under the terms of this plea agreement, it says that

21  you are expressly waiving, that means you are giving up, your

22  right to appeal any decision that I make that either leads to

23  your conviction or the sentence that you ultimately receive.

24  And essentially what that means is I'm the last judge that's

25  going to make any decisions on your case; and if you are

1  unhappy or disagree with something that I do, you are going to

2  be stuck with those decisions.  You are not going to be able to

3  appeal them to a higher court.

4     Do you understand that?

5  **A.**   Yes, sir.

6  **Q.**   Now, this waiver of your right to appeal also includes a

7  waiver of your right to later come back to this Court and file

8  what is known as a *habeas corpus* petition and attempt to get

9  your conviction vacated or set aside.

10    Ordinarily, when somebody is found guilty of a crime, they

11  have a right to come back into the Court in which they were

12  convicted; and if they are able to establish that there was

13  something unconstitutional that took place during their

14  prosecution, sometimes they can get their convictions thrown

15  out or vacated.  But under the terms of this plea agreement,

16  again, you are giving up your right to later file one of those

17  petitions.

18    Do you understand that?

19  **A.**   Yes, sir.

20  **Q.**   Now, there's one exception to these waivers, and it is

21  this:  You retain the right to claim, whether it be on appeal

22  or through the filing of one of those later filed petitions,

23  you retain the right to claim that your lawyer was somehow

24  ineffective in her representation of you.  But other than that

25  narrow exception, I want you to understand, Mr. Kelly, that

1    once I sentence you, this case is over, and no one is going to

2    review the work that I do.

3        Do you understand that?

4    **A.**    Yes, sir.

5    **Q.**    These are important rights that you are giving up, so let

6    me ask you:  Are you giving up your right to appeal and your

7    right to later file one of those petitions that I described,

8    are you doing that knowingly and voluntarily?

9    **A.**    Knowingly.

10   **Q.**    When I ask are you doing it voluntarily, this is what I'm

11   getting at:  Is anybody forcing you or coercing you in any way

12   to give up those rights?

13   **A.**    No, sir.

14   **Q.**    All right.  The last thing we need to talk about relating

15   to your plea agreement is this paragraph E, and that's where it

16   involves the concept of forfeiture.  If you look at the very

17   end of this Third Superseding Indictment, there's a whole list

18   of property, mostly guns and ammunition, but I believe there's

19   also some money that was seized in this case, and this is --

20   these are items that were seized by the government during their

21   investigation.  And they are attempting to forfeit your right

22   to any interest in that property; and under the terms of this

23   plea agreement, you are giving up your right to contest the

24   forfeiture of those items.

25       And what that means is, at the end of this case, I'm going

1    to sign an order that's going to vest all of that property in

2    the government, and you are not going to have any right to or

3    any interest in any of that property.  You have a right to

4    contest the forfeiture; but under the terms of this plea

5    agreement, you are giving up your right to do that.

6        Do you understand that?

7    **A.**    Yes, sir.

8    **Q.**    All right.  Is anybody forcing you, again, or coercing you

9    in any way to give those rights up?

10   **A.**    No, sir.

11   **Q.**    All right.  Mr. Kelly, do you fully understand the terms

12   of this plea agreement?

13   **A.**    Yeah, I believe I do.

14   **Q.**    All right.  By signing it do you intend to indicate your

15   acceptance and agreement to every term and phrase that's used

16   in this document?

17   **A.**    Yes, sir, Your Honor.

18   **Q.**    Has anybody made any different promise to you of any kind

19   in an effort to get you to plead guilty?

20   **A.**    No, sir.

21   **Q.**    Has anybody in any way tried to force you or to coerce you

22   into pleading guilty?

23   **A.**    No, sir.

24   **Q.**    Are you pleading guilty of your own free will because you

25   are, in fact, guilty?

1    **A.**    Yes, sir.

2    **Q.**    Now, do you understand this is a felony offense you are

3    pleading guilty to?

4    **A.**    Yes, sir.

5    **Q.**    And that when you're found guilty of a felony that may

6    lead to you losing certain civil rights such as the right to

7    vote, the right to hold public office, the right to serve on a

8    jury, and the right to possess any kind of a firearm, you may

9    be giving those rights up.

10        Do you understand that?

11   **A.**    Yes, sir.

12   **Q.**    All right.  Now, under the Sentencing Reform Act, the

13   United States Sentencing Commission has issued these sentencing

14   guidelines for judges to follow in determining the sentence in

15   a criminal case.  These are those guidelines that you and I

16   have spent quite a bit of time talking about.

17        Do you understand that?

18   **A.**    Yes, sir.

19   **Q.**    Now, I won't be able to know precisely what the guideline

20   range will be for your case until a presentence report has been

21   completed by this gentleman seated behind you.  He's from the

22   probation department.  And he'll do a draft of a presentence

23   report, and you will have an opportunity to read it and object

24   to it.  But the point I want to make to you is that the

25   sentence that's ultimately imposed upon you, it could be

1    different than any estimate your lawyer may have given you.

2         Do you understand that?

3    **A.**    Yes, sir.

4    **Q.**    And the guidelines are not mandatory.  I'm not absolutely

5    required to follow the guidelines.  I certainly have to take

6    them into account when I sentence people, but I'm also free to

7    disregard the guidelines in any given case and look to a whole

8    range of other factors and ultimately give you a sentence

9    that's either more severe or less severe than what the

10   guidelines actually suggest.

11        Do you understand that?

12   **A.**    Yes, sir.

13   **Q.**    But if the sentence turns out to be more severe than you

14   expect it to be, please understand you'll still be bound by

15   your plea and you will have no right to withdraw it.

16        Do you understand that?

17   **A.**    Yes, sir.

18   **Q.**    Okay.  All right.  Once again, as I was just talking

19   about, do you understand if you plead guilty there'll be a

20   presentence report that will be prepared, and what will happen

21   is I'll get a copy of the presentence report and read it.  And

22   I'll make a decision whether or not I want to accept or reject

23   your plea agreement.

24        If I decide to reject your plea agreement, I'm required to

25   bring you back to court, personally tell you I'm rejecting the

1    agreement, but then give you the opportunity to withdraw your

2    plea of guilty, change it back to not guilty, and then you can

3    proceed to trial.

4         Do you understand that?

5    **A.**    Yes, sir.

6    **Q.**    All right.  So do you fully understand all of these

7    possible consequences of your plea?

8    **A.**    Yes, sir.

9    **Q.**    Has anyone made any promise to you, any promise at all, as

10   to precisely what your sentence will ultimately turn out to be?

11   **A.**    No.  No, sir.

12   **Q.**    Okay.  All right.  One of the things I have to do at this

13   type of hearing is advise you of what your rights would be if

14   this case were to go to trial, so let me do that.

15        Do you understand you do have the right to plead not

16   guilty to any offense charged against you and then to persist

17   in that plea?  You would then have the right to a trial by

18   jury.  At the trial, you would be presumed innocent, and the

19   government would have to prove your guilt beyond a reasonable

20   doubt.  You'd have the right at the trial to the assistance of

21   a lawyer to defend you.  You'd have the right to see and to

22   hear all of the witnesses against you and to have them

23   cross-examined in your defense.  You would have the right to

24   the issuance of subpoenas in order to compel witnesses to come

25   into court to testify on your behalf.  You'd have the right to

 1   testify and tell your own story, but you would also have the

 2   right to refuse to testify.  And if you chose not to testify or

 3   you chose to put on no evidence at all in your defense, those

 4   facts could not be held against you.

 5        So do you understand all of those rights?

 6   **A.**   Yes, sir.

 7   **Q.**   Do you also understand by entering a plea of guilty, and

 8   if the plea is accepted by the Court, there's going to be no

 9   trial and you will have waived your rights to a trial as well

10   as all the other rights associated with a trial that I just

11   described to you?

12        Do you understand that?

13   **A.**   Yes, sir.

14   **Q.**   All right.  So let's talk about this charge that you are

15   about to enter a plea of guilty to.  Count Two of the

16   Indictment charges you with the crime of conspiracy to possess

17   with the intent to distribute a controlled substance.  And

18   the -- what's the word I'm looking for, the --

19             **MR. LANTER:**  Elements.

20             **THE COURT:**  No, the subset of it.

21             **MR. LANTER:**  Oh, the --

22             **THE COURT:**  Oh, the lesser-included offense.

23             **MR. LANTER:**  The lesser-included offense.

24   **BY THE COURT:**

25   **Q.**   The lesser-included offense of that crime here is that you

1   conspired to possess with the intent to distribute between 3.5

2   and 5 kilograms of cocaine.

3        Do you understand that?

4   **A.**   Yes, sir.

5   **Q.**   All right.  Now, the essential elements of that crime, in

6   other words, if this case did go to trial, what would the

7   government have to prove in order for you to be found guilty?

8   They would have to prove the following propositions:

9        First, that the conspiracy as detailed in the Indictment,

10  in fact, existed; second, that you knowingly and intentionally

11  became a member of the conspiracy with the intention of trying

12  to make it succeed -- and a conspiracy is simply an agreement

13  between two or more people to do something unlawful -- and the

14  agreement in this case, as outlined in the Indictment, was to

15  possess with the intent to distribute a controlled substance,

16  marijuana and cocaine.  So that's what the government would

17  have to prove on Count Two and the lesser-included offense on

18  Count Two.

19       Do you understand that?

20  **A.**   Yes, sir.

21          **MS. SCOTT-DIX:**  Judge, if I could have one moment?

22          **THE COURT:**  Sure.

23       (Discussion held off the record between the defendant and

24       counsel.)

25          **MS. SCOTT-DIX:**  Thank you, Judge.

1   BY THE COURT:

2   Q.    Do you fully understand this charge you are about to enter

3   a plea of guilty to, Mr. Kelly?

4   A.    Yes, sir.

5   Q.    All right.  So earlier this morning you told me you want

6   to plead guilty because you feel as if you are, in fact,

7   guilty.  And so what I need you to do is tell me in your own

8   words what did you do that causes you to believe that you are,

9   in fact, guilty?  Just tell me what you did as it relates to

10  this group of people and the drug aspect of the Latin Kings.

11  A.    Well, in 2006, I had joined the organization; and in that

12  time, I had seen them, you know, sell cocaine and marijuana.

13  And I sold marijuana, you know, along with them.

14        I mean --

15  Q.    So let me go back for a second.  You were a member of the

16  Latin Kings at one point?

17  A.    Yes, sir.

18  Q.    What year did you join?

19  A.    2006.

20  Q.    And are you still a member, or did you transition out at

21  some point?

22  A.    No, I transitioned out in about '09.

23  Q.    Okay.  And when you joined the Latin Kings, did you get

24  formally, sort of, inducted into the gang?

25  A.    Yeah, I got initiated in.  I got beat up.

1    **Q.**   So that's this head-to-toe beating below the neck but --

2    **A.**   Yes.

3    **Q.**   For three minutes where you sustain this.

4         And once you do that, you become a full-fledged member of

5    the gang?

6    **A.**   Yes, sir.

7    **Q.**   Okay.  Where did that take place at?

8    **A.**   On the southeast side of Chicago, Cal Park.

9    **Q.**   Okay.  Were you initiated into a faction that was over in

10   Illinois, or was that a faction that had to do here in Hammond

11   and East Chicago?

12   **A.**   It was in Chicago, but I later came out to Hammond where

13   it is called Little Waco and kept going there.

14   **Q.**   And you started hanging out with the Kings here?

15   **A.**   Yes, sir.

16   **Q.**   Now, at some point did you then start getting involved

17   with these other Latin Kings in selling marijuana and cocaine?

18   **A.**   Yeah, I sold marijuana.

19   **Q.**   How about cocaine?

20   **A.**   I was more of a user of cocaine.  I bought it from them

21   and knew that they sold it.

22   **Q.**   Okay.  So how often were you selling with the Kings?

23   **A.**   From '06 to '09 for sure I was selling marijuana.

24   **Q.**   Pretty regularly?

25   **A.**   Yes, sir.

1   **Q.**   Who was supplying you?

2   **A.**   Different people at different times.  You want a name?

3   **Q.**   Yeah.

4   **A.**   I got a lot of my stuff from Hugo who I know.

5   **Q.**   So over the course of these three years, were you working

6   with other people in doing this?

7   **A.**   I was -- just to pay my own bills.  Just a little history.

8   I was raised in Hammond in what they call Little Waco.

9   **Q.**   Okay.

10  **A.**   I was born and raised there.  I had been raised by the

11  Latin Kings, like, my whole life.

12  **Q.**   Was your dad a King?

13  **A.**   No, my dad was dead.

14  **Q.**   Okay.  What do you mean you were raised by them?

15  **A.**   My mom was a heavy drug user and --

16  **Q.**   Okay.

17  **A.**   -- I was just always in the streets.

18  **Q.**   Okay.

19  **A.**   And they would look out for me.  When I would be walking

20  to school, they would stop me and give me money and say what's

21  up to me.  When I had a problem or something, they would be

22  there to look out for me.  They bought me shoes, clothes, food,

23  you know, stuff like that.

24      And, you know, like I said, I joined at about 16, 17 years

25  old in '06, and I had came back out to Hammond.  And I just,

```
 1   like, kept it going, you know.  I just kept -- I was a King.  I
 2   felt like I was like them; and, you know, I didn't -- I was
 3   abandoned at 14, 15 years old.  My mom and dad -- stepdad, they
 4   left me and my sister in the house by ourselves, so that's when
 5   I started selling marijuana because we didn't have anything.  I
 6   started selling marijuana to make sure that my sister and I had
 7   food and to pay the light bill and stuff like that.
 8         And shortly after, at 17 years old, I had got locked up
 9   because I did this -- Sean Peña told me about a house that had
10   some marijuana in it, and I went in the house, like a home
11   invasion, to try to rob them for their marijuana.  And I had
12   got locked up and got sent to DOC until I was 18.
13   Q.   Was that as a juvenile or adult?
14   A.   As a juvenile.  I was 17 years old; and when I got out of
15   there, I left it alone for a minute.  And then I needed money.
16   I had a son on the way.  And then, you know, he came; and he
17   gave me, like, $100 and asked me --
18   Q.   Who is "he"?
19   A.   Hugo.
20   Q.   Okay.
21   A.   And then I got back started into it again, you know,
22   selling marijuana, and then I met -- me and my wife had got
23   together shortly after that when I was 18.  I had just got out,
24   had my son, started going to church and all that good stuff.
25   And me and her had a son together, and I started leaving it
```

```
1    alone.  I was working at BP for Local 17, heat and frost
2    insulators, and I had literally just moved away to
3    Schererville, left everything alone.  I got laid off in, what
4    was it, '08, I believe -- yeah, I believe it was '08 I got laid
5    off from there and lost my apartment in Schererville,
6    Schererville Lake Apartments, and I was forced to come back to
7    Waco.
8        And then I was still trying to do my whole family thing,
9    church thing, but it was a rough time.  So they surrounded me,
10   forced me to join back in or told me that it was going to be
11   war every time they seen me, so I got back in.
12   Q.   Who is the they?
13   A.   This time it was Germs, Chango, Andy, Big Body, Darrick --
14   it was a couple of them.  It was some big dudes from Chicago
15   that they had come out here that I don't remember who they are.
16   I only met them that time.
17   Q.   Were these guys all supplying you?
18   A.   No.  These guys were just the ones that got me back in.
19   Chango at that time started supplying me.
20   Q.   What kind of quantities?
21   A.   I would get probably about anywhere from a QP to like a --
22   Q.   What's that mean?
23   A.   A quarter pound to a pound.
24   Q.   Okay.  Per what?
25   A.   Like every two weeks, a week, depending.
```

1    **Q.**    Okay.  Now, the Indictment, again, talks in terms, and

2    your plea agreement talks in terms, of cocaine as well; but you

3    have said a few times today that it was just marijuana.  Is

4    that what you maintain?

5    **A.**    I'm under oath, so I don't want to lie.  I didn't sell

6    cocaine.  I was around while they sold cocaine, and I did

7    cocaine.  As a conspiracy -- like, I did know they --

8    **Q.**    Did you assist them at all in their sale of cocaine?

9    **A.**    Like -- yeah, I would buy it.  And I would bring people to

10   buy it, or I would tell them if somebody needed it.

11   **Q.**    Okay.

12             **THE COURT:**  This is weak.

13        Mr. Lanter, why don't you tell me what you think the

14   evidence is going to show.

15        Mr. Kelly, I want you to listen to what Mr. Lanter is

16   going to say; and when he is done, I'm going to ask you if you

17   agree or disagree with his version of the events, okay?

18        Mr. Lanter.

19             **MR. LANTER:**  Your Honor, the evidence would show that

20   Kash Kelly became a member of the Latin Kings in 2006 and that

21   he was a full member of the Latin Kings until approximately

22   2009 at which time he went to prison.

23        During that time, he held a leadership position in the

24   Latin Kings for a period of time.  He was an Enforcer for the

25   Latin Kings at least during that time period.  He was supplied

1  by other Latin Kings, and he sold marijuana for the Latin Kings

2  during that time period.

3      Also during that time period he assisted in the sale of

4  cocaine in that, as he indicated, he would bring buyers to

5  other members of the Latin Kings.

6      Also as an Enforcer for the Latin Kings, being in a

7  leadership position, one of his duties was to enforce the rules

8  of the Latin Kings, including making sure that people were

9  violated if they were not following the rules.

10     The rules, as the Court knows, are to keep rival gang

11 members and rival drug dealers out of Latin King territory;

12 make sure that no drug dealers of other gangs are selling

13 cocaine in Latin King territory; if drug dealers that are not

14 members of the Latin Kings are selling in their territory, that

15 they pay a tax.  So as an Enforcer of the Latin Kings during

16 this time period, he was enforcing the cocaine conspiracy

17 during that time period.  He posted up.  He carried a firearm.

18 He was involved in at least a home invasion/attempted robbery

19 that you indicated there.

20     So the government would submit even if a person is not

21 themselves participating in a lot of the direct sales of the

22 cocaine, as an Enforcer for the Latin King gang, a lot of their

23 money is dependent upon the cocaine trade and the cocaine

24 distribution trade.

25     It's foreseeable during the time period that Mr. Kelly was

1   in the Latin Kings that we're talking about there that 3.5 to

2   5 kilograms of cocaine was being sold by the Latin Kings, that

3   this was foreseeable to him, again, because he attended

4   meetings, he was in a leadership capacity, and all of that.

5         Thereafter, after he got out of prison, he continued to

6   sell marijuana.  He continued to sell marijuana to people that

7   he knew were Latin Kings and were involved in the Latin Kings

8   and furthering the Latin Kings up through at least 2015,

9   Your Honor.

10              **THE COURT:**  He's not charged in Count One, right?

11              **MR. LANTER:**  Correct.

12              **MR. NOZICK:**  If I may, Judge, if you don't mind us

13   double-teaming?  Generally you don't.

14              **THE COURT:**  That's fine.

15              **MR. NOZICK:**  What you are sensing is the exact reason

16   why we did not charge him in the RICO conspiracy but just in

17   the drug conspiracy.  He has, we believe, removed himself from

18   gang activity but continued to be one of the sources of supply

19   of marijuana to the Latin Kings.  We have multiple Latin Kings

20   who have proffered in grand jury about him selling them

21   marijuana, redistribution amounts, as recently as 2014 and

22   2015.  That's why he's in the drug conspiracy and not in the

23   RICO.

24              **THE COURT:**  All right.  Fair enough.

25         Do you want to add anything, ma'am?

1      **MS. SCOTT-DIX:**  Judge, I would just say what the

2   government is saying is consistent.  I believe he has already

3   testified as to the burglary, his involvement, selling

4   marijuana.  I believe that the only thing that he did not

5   mention specifically was that as it relates to the enforcement,

6   that he was an Enforcer.  I think that is significant with

7   regard to the material facts of establishing a factual basis.

8      **THE COURT:**  All right.

9   **BY THE COURT:**

10  **Q.**   Mr. Kelly, did you hear what your lawyer just said and

11  what these lawyers for the government just said?

12  **A.**   Yes, sir.

13  **Q.**   Do you agree or disagree with their collective version of

14  the events?

15  **A.**   I agree.

16  **Q.**   All right.  How do you now plead to the charge in Count

17  Two of the Third -- or the lesser-included offense of Count Two

18  of the Third Superseding Indictment, guilty or not guilty?

19  **A.**   Guilty.

20      **THE COURT:**  All right.  It is the finding of the

21  Court in the case of United States versus Kash Lee Kelly that

22  the defendant is fully competent and capable of entering an

23  informed plea, he is aware of the nature of the charges and the

24  consequences of the plea, and the plea of guilty is a knowing

25  and voluntary plea supported by an independent basis in fact

1   containing each of the essential elements of the offense.  The

2   plea of guilty is therefore accepted, and he is now adjudged

3   guilty of that lesser-included offense.

4       There'll be a written presentence report that will be

5   prepared by the probation office to assist me in sentencing.

6   You'll be asked to give information for the report, and your

7   lawyer can be present during the interview with probation if

8   you would like her to be.  You'll both be permitted to read the

9   presentence report and then to file any objections to the

10  report prior to sentencing, and you'll both be given an

11  opportunity to speak on your own behalf at sentencing should

12  you -- you should be prepared to do that if you would like to.

13  I do refer this defendant to probation for the preparation of a

14  presentence report.

15      I have a proposed sentencing date of November 9 at 1 p.m.

16      Is that okay with you, Ms. Scott-Dix?

17          **MS. SCOTT-DIX:**  Judge, just give me an opportunity

18  to --

19          **THE COURT:**  Sure.

20          **MS. SCOTT-DIX:**  At nine o'clock, Judge?

21          **THE COURT:**  I'm sorry.  No, one o'clock.  Is that

22  okay?

23          **MS. SCOTT-DIX:**  Yes.

24          **THE COURT:**  Mr. Lanter?

25          **MR. LANTER:**  Yes, Your Honor.

1      **THE COURT:**  All right.  So that will be the date and

2   time of sentencing, November 9, 2017, at 1 p.m.

3      Does the government object to the present bond conditions

4   being continued to the date of sentencing?

5      **MR. LANTER:**  No, Your Honor.

6      **THE COURT:**  All right.  So ordered.

7      Mr. Kelly, you're going to have to be in this courtroom on

8   that date and time that I just gave you.  Actually, a failure

9   to appear at that time is actually a separate offense that you

10  could be sentenced to an additional term of imprisonment.

11     All of the conditions of your supervision that have

12  applied up to this point, they are going to continue to apply

13  until the date of your sentencing, and the penalties for

14  violating those conditions can be severe.  So you need to

15  continue to cooperate with your probation officer.  I presume

16  that you will.

17     I am going to defer my decision and on accepting or

18  rejecting the plea agreement until the time set for sentencing

19  and after I have had an opportunity to study the presentence

20  report.  If the terms of your plea agreement are accepted, I'll

21  tell you that on the day of sentencing and then we'll just

22  proceed with the sentencing.  If for whatever reason I want to

23  reject the agreement, I'll also tell you that but then give you

24  the opportunity to withdraw your plea of guilty consistent with

25  what I explained earlier.

```
 1              THE DEFENDANT:  Yes, sir.

 2              THE COURT:  Okay.  So we'll see you in a couple of

 3      months.

 4              THE DEFENDANT:  Yes, sir.

 5              THE COURT:  All right.

 6              THE DEFENDANT:  Thank you.

 7          (A recess was had at 10:14 a.m.)

 8      * * *

 9          (End of requested transcript.)

10                              CERTIFICATE

11          I, Stacy L. Drohosky, certify that the foregoing is a true

12      and correct transcript from the record of proceedings in the

13      above-entitled matter.

14      Date:  March 30, 2018

15                                  S/Stacy L. Drohosky
                                    S/STACY L. DROHOSKY
16                                  Court Reporter
                                    U.S. District Court
17

18

19

20

21

22

23

24

25
```

BY THE COURT: [5]  3/5 5/16 18/23
19/25 28/8
DEPUTY CLERK: [1]  2/2
MR. LANTER: [8]  2/6 18/18 18/20
18/22 25/18 27/10 29/24 30/4
MR. NOZICK: [2]  27/11 27/14
MS. SCOTT-DIX: [9]  2/7 2/14 5/14
19/20 19/24 27/25 29/16 29/19 29/22
THE COURT: [22]  2/3 2/9 2/15 2/23
5/10 5/15 18/19 18/21 19/21 25/11 27/9
27/13 27/23 28/7 28/19 29/18 29/20
29/23 29/25 30/5 31/1 31/4
THE DEFENDANT: [6]  2/8 2/22 3/3
30/25 31/3 31/5

$

$100 [2]  7/17 23/17
$5 [1]  7/16
$5 million [1]  7/16

'

'06 [2]  21/23 22/25
'08 [2]  24/4 24/4
'09 [2]  20/22 21/23
'cause [1]  11/8

1

1 p.m [2]  29/15 30/2
100 [1]  6/25
100 kilograms [1]  7/3
10:14 [1]  31/7
14 [1]  23/3
15 [1]  23/3
1500 [1]  1/15
1529 [1]  1/20
16 [1]  22/24
17 [4]  22/24 23/8 23/14 24/1
18 [2]  23/12 23/23

2

2006 [3]  20/11 20/19 25/20
2009 [1]  25/22
2014 [1]  27/21
2015 [2]  27/8 27/22
2017 [2]  1/8 30/2
2018 [1]  31/14
219 [2]  1/16 1/20
26 [1]  1/8
28 [1]  3/18
2:15-CR-72 [1]  1/5

3

3.5 [3]  10/14 19/1 27/1
30 [1]  31/14
3620 [1]  1/19

4

40 [1]  7/15
46320 [1]  1/16
46410 [1]  1/20

5

5 kilograms [4]  6/24 10/14 19/2 27/2
500 grams [1]  7/3
5400 [1]  1/15
5500 [1]  1/16

7

72 [2]  1/5 2/11

756-1529 [1]  1/20
7A [1]  6/20
7th [1]  6/20

8

80th [1]  1/19

9

937-5500 [1]  1/16
9:36 [1]  2/2

A

a.m [2]  2/2 31/7
abandoned [1]  23/3
able [4]  6/16 12/2 12/12 15/19
about [22]  2/4 6/16 7/9 7/10 7/14 8/5
8/9 10/25 11/8 13/14 15/16 16/19 18/4
18/15 20/2 20/22 21/19 22/24 23/9
24/21 27/1 27/20
above [1]  31/13
above-entitled [1]  31/13
absolutely [1]  16/4
accept [2]  9/11 16/22
acceptance [2]  8/21 14/15
accepted [6]  8/24 9/1 9/5 18/8 29/2
30/20
accepting [1]  9/10 9/19 30/17
account [1]  16/6
Act [1]  15/12
activity [1]  27/18
actually [4]  6/25 16/10 30/8 30/9
add [1]  27/25
addiction [1]  4/2
additional [1]  30/10
adjudged [1]  29/2
administered [1]  3/3
adult [1]  23/13
advice [1]  4/19
advise [1]  17/13
after [4]  23/8 23/23 27/5 30/19
again [6]  12/16 14/8 16/18 23/21 25/1
27/3
against [4]  3/9 17/16 17/22 18/4
ago [1]  4/23
agree [6]  6/4 10/7 10/14 25/17 28/13
28/15
agreed [5]  9/1 9/24 10/5 10/13 10/17
agreement [23]  5/4 5/14 5/18 6/3 6/9
8/20 11/9 11/20 12/15 13/15 13/23 14/5
14/12 14/15 16/23 16/24 17/1 19/12
19/14 25/2 30/18 30/20 30/23
agreements [3]  8/17 10/23 10/25
aided [1]  1/24
alcoholic [1]  4/5
all [46]
alleged [1]  7/23
alone [3]  23/15 24/1 24/3
along [2]  11/2 20/13
already [1]  28/2
also [12]  1/22 7/22 9/8 9/24 12/6 13/19
16/6 18/1 18/7 26/3 26/6 30/23
always [1]  22/17
am [1]  30/17
amazing [1]  4/22
AMERICA [1]  1/3
ammunition [1]  13/18
amount [1]  7/22
amounts [1]  27/21
Andy [1]  24/13
another [3]  3/9 9/16 10/9

answer [2]  3/8 6/16
answers [1]  3/8
anxious [1]  14/1
anybody [4]  13/11 14/8 14/18 14/21
anyone [1]  17/9
anything [3]  4/6 23/5 27/25
anywhere [1]  24/21
apartment [1]  24/5
Apartments [1]  24/6
appeal [7]  11/14 11/17 11/22 12/3 12/6
12/21 13/6
appear [1]  30/9
appellate [1]  11/11
applied [1]  30/12
apply [2]  8/9 30/12
approximately [1]  25/21
are [67]
armed [3]  10/1 10/3 10/5
around [1]  25/6
arrived [1]  8/16
as [31]  2/2 4/24 6/1 7/11 7/18 8/13 9/2
11/10 12/8 15/6 16/18 17/9 18/9 18/10
19/9 19/14 20/6 20/9 23/13 23/14 25/2
25/7 26/4 26/6 26/10 26/15 26/22 27/21
27/21 28/3 28/5
aside [1]  12/9
ask [6]  9/3 9/9 9/20 13/6 13/10 25/16
asked [2]  23/17 29/6
aspect [1]  20/10
assessment [1]  7/17
assigned [1]  2/19
assist [2]  25/8 29/5
assistance [1]  17/20
Assistant [1]  5/7
assisted [1]  26/3
associated [1]  18/10
assume [2]  3/23 6/15
assure [1]  6/8
attempt [1]  12/8
attempted [1]  26/18
attempting [1]  13/21
attended [1]  27/3
Attorney [2]  1/13 5/8
Attorney's [1]  1/15
aware [1]  28/23
away [1]  24/2

B

back [11]  12/7 12/11 16/25 17/2 20/15
22/25 23/21 24/6 24/10 24/11 24/18
basis [3]  9/21 28/7 28/25
be [41]
beat [1]  20/25
beating [1]  21/1
became [2]  19/11 25/20
because [9]  2/25 4/24 6/7 7/5 14/24
20/6 23/5 23/9 27/4
become [1]  21/4
been [9]  2/19 2/19 4/1 4/22 5/3 5/12
10/1 15/20 22/10
before [3]  1/9 2/24 6/13
begin [1]  5/23
beginning [1]  2/2
behalf [2]  17/25 29/11
behind [1]  15/21
being [5]  5/13 11/11 26/6 27/2 30/4
believe [10]  6/18 7/9 13/18 14/13 20/8

**B**

believe [5] 24/4 24/4 27/17 28/2 28/4
below [1] 21/1
between [4] 10/14 19/1 19/13 19/23
beverage [1] 4/5
beyond [1] 17/19
big [2] 24/13 24/14
bill [1] 23/7
bills [1] 22/7
binding [1] 11/1
bit [1] 15/16
Body [1] 24/13
bond [1] 30/3
born [2] 3/19 22/10
Bosnjak [1] 1/22
both [2] 29/8 29/10
bought [2] 21/20 22/22
bound [3] 9/20 11/4 16/14
BP [1] 24/1
bring [3] 16/25 25/9 26/4
bunch [1] 2/25
burglary [1] 28/3
buy [2] 25/9 25/10
buyers [1] 26/4

**C**

Cal [1] 21/8
call [1] 22/8
called [2] 7/24 21/13
came [3] 21/12 22/25 23/16
can [6] 2/4 3/23 12/14 17/2 29/7 30/14
capable [1] 28/22
capacity [1] 27/4
carried [1] 26/17
case [27] 2/11 2/12 2/19 4/16 4/21 6/4
7/22 7/25 8/1 8/2 8/6 8/10 8/13 9/25
10/10 10/11 11/25 13/1 13/19 13/25
15/15 15/20 16/7 17/14 19/6 19/14
28/21
Cause [1] 2/10
causes [2] 7/9 20/8
certain [1] 15/6
certainly [1] 16/5
CERTIFICATE [1] 31/10
certify [1] 31/11
cetera [1] 5/24
change [2] 1/8 17/2
Chango [2] 24/13 24/19
charge [4] 18/14 20/2 27/16 28/16
charged [2] 17/16 27/10
charges [5] 4/12 4/15 6/23 18/16 28/23
Chicago [5] 3/20 21/8 21/11 21/12
24/14
choose [1] 11/3
chose [2] 18/2 18/3
church [2] 23/24 24/9
civil [1] 15/6
claim [2] 12/21 12/23
clearheaded [1] 4/8
client [1] 5/13
clothes [1] 22/22
cocaine [21] 6/25 7/3 10/14 19/2 19/16
20/12 21/17 21/19 21/20 25/2 25/6 25/6
25/7 25/8 26/4 26/13 26/16 26/22 26/23
26/23 27/2
coerce [1] 14/21
coercing [2] 13/11 14/8
collective [1] 28/13
come [6] 8/13 12/7 12/11 17/24 24/6
24/15

Commission [1] 15/13
commit [1] 9/16
committed [2] 8/25 9/2
compel [1] 17/24
competent [1] 28/22
completed [1] 15/21
completely [1] 6/13
compute [1] 8/23
computer [1] 1/24
computer-aided [1] 1/24
conceivably [1] 7/18
concept [3] 8/21 11/18 13/16
conditions [3] 30/3 30/11 30/14
connection [1] 10/6
consequences [2] 17/7 28/24
consideration [1] 8/23
consistent [2] 28/2 30/24
conspiracy [11] 6/23 7/2 18/16 19/9
19/11 19/12 25/7 26/16 27/16 27/17
27/22
conspired [1] 29/1
contained [1] 6/1
containing [1] 29/1
contains [1] 5/5
content [1] 6/17
contest [2] 13/23 14/4
continue [3] 9/11 30/12 30/15
continued [4] 27/5 27/6 27/18 30/4
controlled [2] 18/17 19/15
convicted [2] 10/1 12/12
conviction [4] 10/6 11/15 11/23 12/9
convictions [1] 12/14
cooperate [1] 30/15
copy [3] 4/10 5/18 16/21
corpus [1] 12/8
correct [2] 27/11 31/12
could [6] 3/8 8/2 15/25 18/4 19/21
30/10
counsel [2] 4/20 19/24
count [10] 2/21 4/25 6/22 6/23 18/15
19/17 19/18 27/10 28/16 28/17
couple [2] 4/23 24/14 31/2
course [1] 7/21
court [16] 1/1 2/1 5/12 11/2 11/15 11/17
12/3 12/7 12/11 16/25 17/25 18/8 26/10
28/21 31/16 31/16
courtroom [1] 30/7
CR [2] 1/5 2/11
crime [10] 7/6 7/14 8/25 9/2 9/16 11/14
12/10 18/16 18/25 19/5
criminal [1] 15/15
cross [1] 17/23
cross-examined [1] 17/23

**D**

dad [3] 22/12 22/13 23/3
Darrick [1] 24/13
date [6] 29/15 30/1 30/4 30/8 30/13
31/14
David [1] 1/14
day [1] 30/21
dead [1] 22/13
dealers [3] 26/11 26/12 26/13
dealing [1] 10/2
deals [1] 8/21
DEAN [1] 1/14
decide [1] 16/24
decision [3] 11/22 16/22 30/17
decisions [2] 11/25 12/2
defend [1] 17/21

defendant [5] 1/7 1/18 19/23 28/22
29/13
defer [1] 30/17
department [1] 15/22
dependent [1] 26/23
depending [1] 24/25
described [2] 13/7 18/11
detail [1] 6/7
detailed [1] 19/9
details [1] 7/8
determining [1] 15/14
did [19] 3/21 7/9 8/12 9/19 19/6 20/8
20/9 20/18 20/20 20/23 21/7 21/16 23/9
25/6 25/7 25/8 27/16 28/4 28/10
didn't [3] 23/2 23/5 25/5
different [4] 14/18 16/1 22/2 22/2
direct [1] 26/21
disagree [4] 11/16 12/1 25/17 28/13
discuss [1] 4/15
discussed [1] 11/11
Discussion [1] 19/23
disregard [1] 16/7
distribute [4] 6/24 18/17 19/1 19/15
distribution [1] 26/24
DISTRICT [4] 1/1 1/1 1/9 31/16
DIVISION [1] 1/2
DIX [5] 1/19 2/13 4/21 5/13 29/16
do [60]
DOC [1] 23/12
document [11] 4/10 4/16 5/4 5/5 5/9
5/11 5/21 6/7 6/13 6/17 14/16
Does [1] 30/3
doing [4] 6/10 13/8 13/10 22/6
don't [5] 24/15 25/5 25/13 27/12 27/13
done [1] 27/6
double [1] 27/13
double-teaming [1] 27/13
doubt [1] 17/20
draft [1] 15/22
drives [1] 10/10
Drohosky [3] 31/11 31/15 31/15
drug [10] 9/25 10/2 10/10 10/20 22/15
26/11 26/12 26/13 27/17 27/22
drugs [8] 4/2 4/5 4/5 7/2 7/22 9/17 10/2
10/10
dudes [1] 24/14
during [12] 10/1 10/5 12/13 13/20 25/23
25/25 26/2 26/3 26/15 26/17 26/25 29/7
duties [1] 26/7

**E**

each [1] 29/1
earlier [2] 20/5 30/25
East [2] 3/20 21/11
effort [1] 14/19
eight [1] 5/5
either [2] 11/22 16/9
elements [3] 18/19 19/5 29/1
end [3] 13/17 13/25 31/9
enforce [1] 26/7
enforcement [1] 28/5
Enforcer [5] 25/24 26/6 26/15 26/22
28/6
enforcing [1] 26/16
English [1] 3/24
enough [1] 27/24
enter [2] 18/15 20/2
entering [2] 18/7 28/22
entitled [2] 5/4 31/13

**E**

essential [2]  19/5 29/1
essentially [1]  11/24
establish [1]  12/12
establishing [1]  28/7
estimate [1]  16/1
estimates [1]  8/13
et [1]  5/24
even [1]  26/20
events [2]  25/17 28/14
every [3]  14/15 24/11 24/25
everyone [1]  2/6
everything [1]  24/3
evidence [3]  18/3 25/14 25/19
exact [1]  27/15
EXAMINATION [1]  3/5
examined [1]  17/23
examples [1]  9/18
exception [2]  12/20 12/25
existed [1]  19/10
expect [1]  16/14
explained [1]  30/25
expressly [1]  11/21

**F**

face [2]  7/15 7/16
facing [4]  4/12 7/11 7/18 8/6
fact [12]  5/8 7/6 7/10 9/1 9/4 9/11 10/6
 14/25 19/10 20/6 20/9 28/25
faction [2]  21/9 21/10
factor [1]  10/9
factors [3]  8/22 9/25 16/8
facts [2]  18/4 28/7
factual [1]  28/7
failure [1]  30/8
Fair [1]  27/24
fall [1]  8/13
false [1]  3/10
falsely [1]  3/8
family [1]  24/8
far [1]  3/21
Federal [1]  1/15
feel [1]  20/6
felony [2]  15/2 15/5
felt [1]  23/2
few [2]  7/8 25/3
file [4]  12/7 12/16 13/7 29/9
filed [2]  5/12 12/22
filing [2]  5/4 12/22
finding [1]  28/20
fine [2]  7/15 27/14
firearm [3]  10/7 15/8 26/17
first [4]  7/13 8/20 11/12 19/9
five [1]  8/1
fledged [1]  21/4
follow [2]  15/14 16/5
following [3]  2/1 19/8 26/9
follows [1]  2/2
food [2]  22/22 23/7
forbid [1]  9/15
force [1]  14/21
forced [2]  24/6 24/10
forcing [2]  13/11 14/8
foregoing [1]  31/11
foreseeable [2]  26/25 27/3
forfeit [1]  13/21
forfeiture [3]  13/16 13/24 14/4
forgotten [1]  2/5
formally [1]  20/24
found [4]  11/14 12/10 15/5 19/7

**F** (continued)

free [2]  14/24 16/6
front [1]  5/19
RES (A2R)
full [3]  3/14 21/4 25/21
full-fledged [1]  21/4
fully [10]  4/15 4/19 6/8 7/20 8/3 9/1
 14/11 17/6 20/2 28/22
furthering [1]  27/8

**G**

gang [5]  20/24 21/5 26/10 26/22 27/18
gangs [1]  26/12
gave [2]  23/17 30/8
GED [1]  3/22
generally [5]  4/16 6/9 11/12 11/18
 27/13
gentleman [1]  15/21
Germs [1]  24/13
get [7]  7/8 12/8 12/14 14/19 16/21
 20/23 24/21
getting [2]  13/11 21/16
give [11]  9/3 9/10 9/20 13/12 14/9 16/8
 17/1 22/20 29/6 29/17 30/10
given [4]  7/22 16/1 16/7 29/10
giving [7]  11/21 12/16 13/5 13/6 13/23
 14/5 15/9
go [7]  3/21 6/6 9/15 11/2 17/14 19/6
 20/15
going [28]  2/25 3/2 3/23 6/6 6/7 6/21
 7/1 9/3 10/19 11/4 11/25 12/1 12/2 13/1
 13/25 14/1 14/2 18/8 21/13 23/1 23/24
 24/10 25/14 25/16 25/16 30/7 30/12
 30/17
good [8]  2/6 2/7 2/8 2/9 2/15 2/16 6/19
 23/24
got [17]  3/22 3/22 20/25 20/25 22/4
 23/8 23/12 23/12 23/14 23/21 23/22
 23/23 24/3 24/4 24/11 24/18 27/5
government [25]  1/12 2/17 6/3 8/16
 8/20 8/25 9/3 9/9 9/18 9/24 10/5 10/13
 10/17 10/19 10/24 11/1 13/20 14/2
 17/19 19/7 19/16 26/20 28/2 28/11 30/3
grade [1]  3/22
grams [1]  7/3
grand [1]  27/20
group [1]  20/10
guideline [3]  8/23 10/18 15/19
guidelines [15]  8/9 8/12 8/14 8/18 8/22
 9/4 10/9 10/12 10/24 15/14 15/15 16/4
 16/5 16/7 16/10
guilt [1]  17/19
guilty [38]
guns [1]  13/18
guys [2]  24/17 24/18

**H**

habeas [1]  12/8
had [24]  2/5 4/15 6/12 6/15 6/16 20/11
 20/12 21/10 22/10 22/21 22/25 23/6
 23/8 23/9 23/11 23/16 23/22 23/23
 23/24 23/25 24/2 24/15 30/19 31/7
HAMMOND [6]  1/2 1/16 21/10 21/12
 22/8 22/25
hand [1]  3/2
hanging [1]  21/14
happen [1]  16/20
has [10]  5/3 5/11 10/1 14/18 14/21
 15/13 15/20 17/9 27/17 28/2
have [63]
having [2]  8/25 9/2

**H** (continued)

he [29]  23/16 23/16 23/18 25/16 25/21
 25/22 25/23 25/25 25/24 25/25 26/1 26/3 26/4
 26/6 26/8 26/18 26/19 26/19 27/2 27/4
 27/5 27/5 27/6 27/7 27/17 28/2 28/4
 28/6 28/23 29/2
he'll [1]  15/22
he's [3]  15/21 27/10 27/22
head [1]  21/1
head-to-toe [1]  21/1
hear [2]  17/22 28/10
hearing [2]  2/12 17/13
heat [1]  24/1
heaven [1]  9/15
heavy [1]  22/15
held [4]  2/1 18/4 19/23 25/23
her [6]  6/15 12/24 23/25 29/8
here [13]  2/12 2/13 2/17 3/2 3/15 4/24
 6/10 7/4 11/13 18/25 21/10 21/14 24/15
higher [5]  10/3 10/11 10/11 11/15 12/3
him [3]  27/3 27/16 27/20
himself [1]  27/17
his [5]  2/13 5/6 25/17 26/7 28/3
history [1]  22/7
hold [1]  15/7
home [2]  23/10 26/18
Honor [5]  14/17 25/19 27/9 29/25 30/5
HONORABLE [1]  1/9
house [3]  23/4 23/9 23/10
how [7]  3/17 3/21 8/9 10/10 21/19
 21/22 28/16
Hugo [2]  22/4 23/19

**I**

I'll [5]  3/1 16/21 16/22 30/20 30/23
I'm [17]  2/18 2/24 3/18 3/23 5/24 6/7
 11/24 13/10 13/25 16/4 16/6 16/24
 16/25 18/18 25/5 25/16 29/21
II [1]  1/13
Illinois [1]  21/10
illness [4]  4/1
important [4]  9/8 11/9 11/10 13/5
imposed [1]  15/25
imprisonment [3]  7/15 8/1 30/10
included [12]  2/20 4/25 6/21 7/1 7/5
 7/24 18/22 18/23 18/25 19/17 28/17
 29/3
includes [1]  12/6
including [1]  26/8
independent [1]  28/25
INDIANA [4]  1/1 1/16 1/20 3/20
indicate [1]  14/14
indicated [2]  26/4 26/19
Indictment [12]  2/21 4/11 4/25 6/22
 6/23 7/23 13/17 18/16 19/9 19/14 25/1
 28/18
inducted [1]  20/24
ineffective [1]  12/24
influence [1]  4/4
information [1]  29/6
informed [1]  28/23
initiated [2]  20/25 21/9
innocent [1]  17/18
inspection [1]  5/4
insulators [1]  24/2
intend [1]  14/14
intent [4]  6/24 18/17 19/1 19/15
intention [2]  2/20 19/11
intentionally [1]  19/10
interest [2]  13/22 14/3
interview [1]  29/7

**I**

invasion [2] 23/11 26/18
invasion/attempted [1] 26/18
investigation [1] 13/21
involved [6] 10/2 10/4 10/11 21/16 26/18 27/7
involvement [1] 28/3
involves [1] 13/16
involving [1] 7/2
is [77]
issuance [1] 17/24
issued [1] 15/13
it [48]
It's [1] 26/25
items [2] 13/20 13/24

**J**

join [2] 20/18 24/10
joined [3] 20/11 20/23 22/24
judge [11] 1/9 2/15 2/18 5/15 11/24 19/21 19/25 27/12 28/1 29/17 29/20
judges [1] 15/14
June [1] 1/8
jury [3] 15/8 17/18 27/20
just [22] 10/25 10/25 11/12 16/18 18/10 20/9 22/7 22/7 22/17 22/25 23/1 23/23 24/2 24/18 25/3 27/16 28/1 28/10 28/11 29/17 30/8 30/21
juvenile [2] 23/13 23/14

**K**

KASH [6] 1/6 2/12 3/16 5/6 25/20 28/21
Kash Lee Kelly [1] 2/12
keep [1] 26/10
KELLY [17] 1/6 2/12 2/13 2/18 3/7 3/16 5/6 5/18 12/25 14/11 20/3 25/15 25/20 26/25 28/10 28/21 30/7
kept [3] 21/13 23/1 23/1
kilograms [6] 6/24 6/25 7/3 10/14 19/2 27/2
kind [5] 4/2 4/4 14/18 15/8 24/20
King [5] 22/12 23/1 26/11 26/13 26/22
Kings [20] 20/10 20/16 20/23 21/14 21/17 21/22 22/11 25/20 25/21 25/24 25/25 26/1 26/5 26/6 26/8 26/14 26/15 27/1 27/2 27/7 27/7 27/8 27/19 27/19
KIRSCH [1] 1/13
knew [2] 21/21 27/7
know [11] 15/19 20/12 20/13 22/4 22/23 22/24 23/1 23/2 23/16 23/21 25/7
knowing [1] 28/24
knowingly [3] 13/8 13/9 19/10
known [2] 4/24 12/8
knows [1] 26/10

**L**

lady [1] 3/2
laid [2] 24/3 24/4
Lake [1] 24/6
Lane [1] 1/19
language [1] 3/24
LANTER [6] 1/14 2/17 25/13 25/15 25/18 29/24
last [4] 5/5 5/8 11/24 13/14
lastly [1] 10/17
later [6] 3/9 12/7 12/16 12/22 13/7 21/12
Latin [26] 20/10 20/16 20/23 21/17 22/11 25/20 25/21 25/24 25/25 26/1

26/1 26/5 26/6 26/8 26/11 26/13 26/14 26/15 26/22 27/1 27/2 27/7 27/7 27/8 27/8
law [1] 7/14
lawyer [10] 2/13 4/17 5/6 6/12 8/8 12/23 16/1 17/21 28/10 29/7
lawyers [1] 28/11
lead [1] 15/6
leadership [1] 25/23 26/7 27/4
leads [1] 11/22
least [3] 25/25 26/18 27/8
leaving [1] 23/25
LEE [4] 1/6 2/12 3/16 28/21
left [3] 23/4 23/15 24/3
length [1] 5/5
less [1] 16/9
lesser [12] 2/20 4/25 6/21 7/1 7/5 7/24 18/22 18/23 18/25 19/17 28/17 29/3
lesser-included [12] 2/20 4/25 6/21 7/1 7/5 7/24 18/22 18/23 18/25 19/17 28/17 29/3
let [3] 13/5 17/14 20/15
let's [5] 6/20 9/15 9/16 11/8 18/14
letter [1] 5/24
lie [1] 25/5
life [1] 22/11
lifetime [1] 7/16
light [1] 23/7
like [18] 4/6 5/6 9/20 22/11 22/23 22/24 23/1 23/2 23/2 23/7 23/10 23/17 24/21 24/25 25/7 25/9 29/8 29/12
list [1] 13/17
listen [1] 25/15
literally [1] 24/2
little [3] 21/13 22/7 22/8
Local [1] 24/1
locked [2] 23/8 23/12
look [4] 13/16 16/7 22/19 22/22
looking [1] 18/18
looks [1] 5/6
losing [1] 15/6
lost [1] 24/5
lot [3] 22/4 26/21 26/22
lower [4] 9/3 9/10 9/21 11/16
lowest [1] 10/20

**M**

ma'am [3] 2/16 3/4 27/25
made [3] 5/14 14/18 17/9
maintain [1] 25/4
make [9] 11/3 11/12 11/22 11/25 15/24 16/22 19/12 23/6 26/12
makes [1] 6/2
making [2] 3/10 26/8
mandatory [3] 7/24 7/25 16/4
March [1] 31/14
marijuana [17] 6/25 7/4 19/16 20/12 20/13 21/17 21/18 21/23 23/5 23/6 23/10 23/11 23/22 25/3 26/1 27/6 27/6 27/19 27/21 28/4
material [1] 28/7
matter [2] 10/18 11/3 31/13
maximum [2] 7/13 7/18
may [6] 6/16 11/3 15/5 15/8 16/1 27/12
me [33]
mean [3] 20/14 22/14 24/22
means [3] 11/21 11/24 13/25
medicine [1] 4/5
meet [1] 2/16
meetings [1] 27/4

member [6] 19/11 20/15 20/20 21/4 25/20 25/21
mental [1] 4/1
mention [1] 28/5
Merrillville [1] 1/20
met [2] 23/22 24/16
might [3] 8/9 8/13 11/2
million [1] 7/16
mind [1] 27/12
minimum [4] 7/25 8/1 8/2 10/20
minute [1] 23/15
minutes [3] 4/23 7/9 21/3
mom [2] 22/15 23/3
moment [1] 19/21
money [4] 13/19 22/20 23/15 26/23
months [1] 31/3
more [7] 6/9 6/24 7/3 16/9 16/13 19/13 21/20
morning [6] 2/6 2/7 2/8 2/9 2/15 20/5
mostly [1] 13/18
moved [1] 24/2
Mr [16] 2/13 2/17 2/18 3/7 5/18 12/25 14/11 20/3 25/13 25/15 25/15 25/18 26/25 28/10 29/24 30/7
Mr. [1] 5/7
Mr. Nozick [1] 5/7
Ms [4] 2/13 4/21 5/13 29/16
much [1] 10/10
multiple [1] 27/19
my [18] 2/18 3/8 3/14 3/22 5/3 22/4 22/7 22/11 22/13 22/15 23/3 23/4 23/6 23/22 23/24 24/5 24/8 30/17
myself [1] 6/8

**N**

name [3] 2/18 3/14 22/2
narcotic [1] 4/2
narrow [1] 12/25
nature [1] 28/23
neck [1] 21/1
need [4] 3/1 13/14 20/7 30/14
needed [2] 23/15 25/10
next [1] 9/15
nine [1] 29/20
nine o'clock [1] 29/20
no [23] 4/3 4/7 8/7 10/18 11/3 11/5 13/1 13/13 14/10 14/20 14/23 16/15 17/11 17/11 18/3 18/8 18/20 20/22 22/13 24/18 26/12 29/21 30/5
No. [1] 2/11
No. 2:15-CR-72 [1] 2/11
NORTHERN [1] 1/1
not [24] 8/24 9/19 9/20 9/25 10/4 11/1 11/3 12/2 14/2 16/4 16/4 16/22 17/2 17/15 18/2 18/4 26/9 26/13 26/20 27/10 27/16 27/22 28/4 28/18
November [2] 29/15 30/2
November 9 [2] 29/15 30/2
now [22] 3/7 4/23 6/1 7/10 7/22 8/8 8/16 9/8 9/24 10/9 10/17 10/23 12/6 12/20 15/2 15/12 15/19 19/5 21/16 25/1 28/16 29/2
Nozick [2] 1/14 5/7
number [1] 6/15

**O**

o'clock [2] 29/20 29/21
oath [4] 2/25 3/3 3/7 25/5
object [2] 15/23 30/3

## O

objections [1]  29/9
obligated [1]  9/9
Obviously [1]  10/2
off [3]  19/23 24/3 24/5
offense [18]  2/21 4/25 6/22 7/1 7/5 7/24
  10/1 10/6 15/2 17/16 18/22 18/23 18/25
  19/17 28/17 29/1 29/3 30/9
office [3]  1/15 15/7 29/5
officer [1]  30/15
often [1]  21/22
Oh [2]  18/21 18/22
okay [26]  4/23 6/10 6/19 8/5 8/8 9/24
  10/17 11/8 16/18 17/12 20/23 21/7 21/9
  21/22 22/9 22/14 22/16 22/18 23/20
  24/24 25/1 25/11 25/17 29/16 29/22
  31/2
old [5]  3/17 22/25 23/3 23/8 23/14
once [1]  13/1 16/18 21/3
one [14]  8/22 9/25 12/16 12/20 12/22
  13/1 13/7 17/12 19/21 20/16 26/7 27/10
  27/18 29/21
one o'clock [1]  29/21
ones [1]  24/18
only [3]  9/9 24/16 28/4
open [1]  2/1
opportunity [8]  4/15 6/12 15/23 17/1
  29/11 29/17 30/19 30/24
order [3]  14/1 17/24 19/7
ordered [1]  30/6
Ordinarily [2]  11/13 12/10
organization [1]  20/11
other [10]  7/3 12/24 16/8 18/10 19/6
  21/7 22/6 26/1 26/5 26/12
ourselves [1]  23/4
out [21]  2/5 4/13 7/12 8/18 9/16 10/18
  12/15 16/13 17/10 20/20 20/22 21/12
  21/14 22/19 22/22 22/25 23/14 23/23
  24/15 26/11 27/5
outlined [1]  19/14
over [3]  13/1 21/9 22/5
own [5]  14/24 18/1 20/7 22/7 29/11

## P

p.m [2]  29/15 30/2
page [7]  5/5 5/8 5/21 5/22 8/18 8/19
  11/13
page 4 [2]  5/21 5/22
page 5 [2]  8/18 8/19
pages [1]  5/5
paragraph [7]  5/22 5/23 6/1 6/20 7/12
  11/8 13/15
paragraph 7 [2]  5/22 5/23
Park [1]  21/8
participating [1]  26/21
pay [4]  7/17 22/7 23/7 26/15
penalties [5]  7/11 7/12 7/18 8/6 30/13
penalty [1]  7/14
people [10]  10/2 10/4 16/6 19/13 20/10
  22/2 22/6 25/9 26/8 27/6
Per [1]  24/24
period [8]  25/24 25/25 26/2 26/3 26/16
  26/17 26/25
perjury [1]  3/9
permitted [1]  29/8
persist [1]  17/16
person [2]  10/1 26/20
personally [1]  16/25
petition [1]  12/8
petitions [3]  12/17 12/22 13/7

## Peña

Peña [1]  23/9
Phil [1]  2/18
Philip [2]  1/16 2/8
PHILIP [1]  1/9
phrase [1]  14/15
place [4]  4/11 11/16 12/13 21/7
Plaintiff [1]  1/4
play [1]  7/25
Plaza [1]  1/15
plea [35]
plead [11]  2/20 4/24 6/21 7/1 7/4 7/15
  14/19 16/19 17/15 20/6 28/16
pleading [3]  14/22 14/24 15/3
please [2]  3/14 16/14
point [6]  10/20 15/24 20/16 20/21 21/16
  30/12
position [2]  25/23 26/7
positive [1]  9/17
possess [2]  6/24 15/8 18/16 19/1 19/15
possessed [1]  10/7
possible [2]  7/13 17/7
posted [1]  26/17
potentially [2]  7/11 8/6
pound [2]  24/3 24/23
precisely [2]  15/19 17/10
preparation [1]  29/13
prepared [3]  16/20 29/5 29/12
prescription [1]  4/5
present [3]  1/22 29/7 30/3
presentence [8]  15/20 15/22 16/20
  16/21 29/4 29/9 29/14 30/19
presently [1]  4/4
presume [1]  30/15
presumed [1]  17/18
Pretty [1]  21/24
prior [1]  29/10
prison [2]  25/22 27/5
probably [1]  24/21
probation [6]  1/22 15/22 29/5 29/7
  29/13 30/15
problem [1]  22/21
proceed [3]  2/24 17/3 30/22
proceedings [3]  1/23 2/1 31/12
produced [1]  1/23 5/3
proffered [1]  27/20
promise [3]  14/18 17/9 17/9
property [4]  13/18 13/22 14/1 14/3
proposed [2]  29/15
propositions [1]  19/8
prosecution [2]  3/9 12/14
prove [4]  17/19 19/7 19/8 19/17
provided [2]  7/14 9/10
provision [1]  11/9
public [1]  15/7
pursuant [1]  5/14
put [2]  2/25 18/3

## Q

QP [1]  24/21
quantities [2]  7/2 24/20
quantity [1]  10/11
quarter [1]  24/23
questions [5]  3/1 3/8 6/15 6/16 8/5
quite [1]  15/16

## R

raise [1]  3/1
raised [4]  22/8 22/10 22/10 22/14
range [5]  8/24 10/18 10/20 15/20 16/8
reached [2]  6/3 8/20

## read

read [4]  3/23 15/23 16/21 29/8
really [3]  6/2 9/19 10/10
reasonable [1]  17/19
receive [5]  8/2 10/3 10/19 11/15 11/23
received [3]  4/10 4/13 4/20
recently [2]  4/1 27/21
recess [1]  31/7
recommend [1]  10/19
recommendations [1]  11/2
record [3]  2/10 19/23 31/12
redistribution [1]  27/21
refer [1]  29/13
referencing [1]  5/24
reflect [1]  9/4
Reform [1]  15/12
refuse [1]  18/2
regard [2]  8/16 28/7
regularly [1]  17/19
reject [3]  16/22 16/24 30/23
rejecting [2]  16/25 30/18
relates [2]  20/9 28/5
relating [3]  8/17 10/24 13/14
release [1]  7/16
remember [1]  24/15
removed [1]  27/17
report [10]  15/20 15/23 16/20 16/21
  29/4 29/6 29/9 29/10 29/14 30/20
reported [1]  1/23 2/2
reporter [2]  3/14 31/16
representation [2]  4/20 12/24
requested [1]  31/9
required [2]  16/5 16/24
responsibility [7]  8/21 8/24 9/1 9/5 9/10
  9/11 9/19
responsible [1]  10/13
result [3]  7/11 7/18 9/2
retain [2]  12/21 12/23
review [2]  6/13 13/2
reviewed [1]  5/11
RICO [2]  27/16 27/23
right [61]
rights [10]  11/11 13/5 13/12 14/9 15/6
  15/9 17/13 18/5 18/9 18/10
rise [2]  2/3
rival [2]  26/10 26/11
rob [1]  23/11
robbery [1]  26/18
rough [1]  24/9
rules [3]  26/7 26/9 26/10
run [1]  8/12

## S

S/Stacy [2]  31/15 31/15
said [4]  22/24 25/3 28/10 28/11
sale [2]  25/8 26/3
sales [1]  26/21
same [2]  7/2 11/13
sample [1]  9/17
Sanjin [1]  1/22
satisfied [1]  4/19
say [5]  9/15 9/16 22/20 25/16 28/1
saying [1]  28/2
says [3]  6/20 7/4 11/20
Schererville [3]  24/3 24/5 24/6
school [2]  3/21 22/20
SCOTT [5]  1/19 2/13 4/21 5/13 29/16
SCOTT-DIX [5]  1/19 2/13 4/21 5/13
  29/16
Sean [1]  23/9

# S

seated [2] 2/4 15/21
second [2] 13/10 20/15
see [4] 5/22 5/24 17/21 31/2
seen [2] 20/12 24/11
seized [2] 13/19 13/20
sell [4] 20/12 25/5 27/6 27/6
selling [10] 21/17 21/22 21/23 23/5
 23/6 23/22 26/12 26/14 27/20 28/3
sensing [1] 27/15
sent [1] 23/12
sentence [15] 9/3 9/10 9/21 10/10
 10/12 10/19 11/15 11/23 13/1 15/14
 15/25 16/6 16/8 16/13 17/10
sentenced [1] 30/10
sentences [1] 10/3
sentencing [20] 8/9 8/17 8/22 9/12 10/9
 10/12 10/24 15/12 15/13 15/13 29/5
 29/10 29/11 29/15 30/2 30/4 30/13
 30/18 30/21 30/22
separate [1] 30/9
series [2] 5/23 8/17
serve [1] 15/7
set [5] 4/13 7/12 8/18 12/9 30/18
severe [4] 16/9 16/9 16/13 30/14
she [2] 6/15 8/12
She's [1] 4/22
shoes [1] 22/22
shortly [2] 23/8 23/23
should [3] 10/13 29/11 29/12
show [2] 25/14 25/19
shows [1] 9/17
side [1] 21/8
sign [1] 14/1
signature [3] 5/6 5/7 5/8
signed [1] 6/13
significant [1] 28/6
signing [1] 14/14
SIMON [2] 1/9 2/18
simply [1] 19/12
sir [65]
sister [2] 23/4 23/6
smaller [1] 7/2
so [32]
sold [6] 20/13 21/18 21/21 25/6 26/1
 27/2
some [8] 6/7 7/8 8/13 13/19 20/21
 21/16 23/10 24/14
somebody [3] 11/13 12/10 25/10
somehow [1] 12/23
something [8] 2/5 7/24 9/20 11/16 12/1
 12/13 19/13 22/21
sometimes [1] 12/14
somewhere [1] 10/14
son [3] 23/16 23/24 23/25
SONYA [1] 1/19
sorry [2] 2/4 29/21
sort [1] 20/24
sources [1] 27/18
southeast [1] 21/8
speak [1] 29/11
special [1] 7/17
specifically [1] 28/5
spent [1] 15/16
Stacy [3] 31/11 31/15 31/15
stand [1] 3/1
start [2] 6/20 21/16
started [7] 21/14 23/5 23/6 23/21 23/24
 23/25 24/19
state [1] 3/14

statement [2] 3/10 4/12
STATES [8] 1/1 1/3 1/9 1/13 2/11 8/9
 9/3 31/22
stenotype [1] 1/23
stepdad [1] 23/3
still [4] 11/4 16/14 20/20 24/8
stop [1] 22/20
story [1] 18/1
streets [1] 22/17
stuck [1] 12/2
study [1] 30/19
stuff [4] 22/4 22/23 23/7 23/24
submit [1] 26/20
subparagraphs [2] 5/23 6/2
subpoenas [1] 17/24
subset [1] 18/20
substance [2] 18/17 19/15
succeed [1] 19/12
such [1] 15/6
suggest [2] 9/18 16/10
Suite [1] 1/15
Superseding [5] 2/21 4/11 6/22 13/17
 28/18
supervised [1] 7/16
supervision [1] 30/11
supplied [1] 25/25
supply [1] 27/18
supplying [3] 22/1 24/17 24/19
supported [1] 28/25
sure [7] 11/12 19/22 21/23 23/6 26/8
 26/12 29/19
surrounded [1] 24/9
sustain [1] 21/3
swear [1] 3/2

# T

take [3] 8/23 16/5 21/7
talk [5] 7/10 11/8 11/12 13/14 18/14
talked [2] 8/8 10/25
talking [5] 15/16 16/18 27/1
talks [2] 25/1 25/2
tax [1] 26/15
teaming [1] 27/13
tell [8] 16/25 18/1 20/7 20/9 25/10
 25/13 30/21 30/23
tend [1] 10/3
tenth [1] 3/22
term [4] 7/16 8/1 14/15 30/10
terms [10] 6/3 6/8 11/20 12/15 13/22
 14/4 14/11 25/1 25/2 30/20
territory [3] 26/11 26/13 26/14
testified [1] 28/3
testify [4] 17/25 18/1 18/2 18/2
than [7] 6/24 7/3 10/4 12/24 16/1 16/9
 16/13
Thank [2] 19/25 31/6
that [192]
that's [18] 2/18 4/11 6/2 8/2 8/21 11/8
 11/17 11/24 13/15 14/1 14/15 15/25
 16/9 19/16 21/1 23/4 27/14 27/22
their [9] 11/14 12/13 12/14 13/20 23/11
 25/8 26/14 26/22 28/13
them [14] 12/3 16/6 17/22 20/12 20/13
 21/20 22/14 23/2 23/11 24/14 24/16
 25/8 25/10 27/20
themselves [1] 26/21
then [15] 3/22 5/22 17/1 17/2 17/16
 17/17 21/16 23/15 23/16 23/21 23/22
 24/8 29/9 30/21 30/23
there [11] 2/5 5/3 5/22 12/12 21/13

22/10 22/22 23/15 24/5 26/19 27/1
there'll [2] 16/19 29/4
there's [10] 4/13 5/22 6/22 27/4 28/23
 13/17 13/18 18/8
Thereafter [1] 27/5
therefore [1] 29/2
these [13] 6/2 10/23 12/20 13/5 13/20
 15/13 15/15 17/6 21/17 22/5 24/17
 24/18 28/11
they [31] 9/20 10/3 10/4 11/1 11/9
 11/14 11/15 11/16 12/10 12/11 12/12
 12/14 13/21 19/8 21/21 22/19 22/19
 22/20 22/21 22/22 23/3 24/9 24/11
 24/12 24/15 24/15 25/6 25/7 26/9 26/15
 30/12
they're [1] 10/25
thing [4] 13/14 24/8 24/9 28/4
things [1] 17/12
think [2] 25/13 28/6
Third [6] 2/21 4/11 6/22 13/17 28/7
 28/18
this [58]
THOMAS [1] 1/13
those [19] 7/12 7/17 8/12 8/14 8/18 9/4
 9/17 12/2 12/16 12/22 13/7 13/12 13/24
 14/9 15/9 15/15 18/3 18/5 30/14
three [2] 21/3 22/5
through [4] 6/7 8/12 12/22 27/8
throughly [1] 6/12
thrown [1] 12/14
time [21] 9/12 15/16 20/12 24/9 24/11
 24/13 24/16 24/19 25/22 25/23 25/24
 25/25 26/2 26/3 26/16 26/17 26/25 30/2
 30/8 30/9 30/18
times [2] 22/2 25/3
today [7] 2/20 2/24 4/8 4/24 6/10 6/21
 25/3
toe [1] 21/1
together [2] 23/23 23/25
told [5] 2/19 4/23 20/5 23/9 24/10
took [2] 11/16 12/13
top [1] 8/18
trade [4] 10/3 10/4 26/23 26/24
transcript [4] 1/8 1/23 31/9 31/12
transcription [1] 1/24
transition [1] 20/20
transitioned [1] 20/22
treated [1] 4/1
trial [9] 17/3 17/14 17/17 17/18 17/20
 18/9 18/10 19/6
tried [1] 14/21
true [5] 2/22 3/24 5/1 7/6 31/11
try [2] 8/12 23/11
trying [2] 19/11 24/8
turn [3] 5/21 9/16 17/10
turn out [1] 17/10
turns [2] 10/18 16/13
two [10] 2/21 4/25 6/22 18/15 19/13
 19/17 19/18 24/25 28/17 28/17
type [1] 17/13

# U

U.S [4] 1/15 1/22 5/7 31/16
ultimately [1] 11/23 15/25 16/8 17/10
unconstitutional [1] 12/13
under [14] 2/25 3/7 4/4 8/14 8/22 9/4
 10/9 10/12 11/20 12/15 13/22 14/4
 15/12 25/5
underneath [1] 5/22
understand [39]

## U

unhappy [1] 12/1
UNITED [8] 1/1 1/3 1/9 1/13 2/1 8/9
 15/13 28/21
unlawful [1] 19/13
until [6] 9/11 15/20 23/12 25/21 30/13
 30/18
up [20] 3/1 6/2 8/13 9/11 11/21 12/16
 13/5 13/6 13/12 13/23 14/5 14/9 15/9
 20/25 22/21 23/8 23/12 26/17 27/8
 30/12
upon [2] 15/26 26/23
urine [1] 9/17
us [1] 27/12
used [2] 3/9 14/15
user [2] 21/20 22/15
using [1] 9/17

## V

vacated [2] 12/9 12/15
various [1] 6/2
version [2] 25/17 28/13
versus [2] 2/11 28/21
very [1] 13/16
vest [1] 14/1
violated [1] 26/9
violating [1] 30/14
voluntarily [2] 13/8 13/10
voluntary [1] 28/25
vote [1] 15/7

## W

Waco [3] 21/13 22/8 24/7
waived [1] 18/9
waiver [2] 12/6 12/7
waivers [1] 12/20
waiving [1] 11/21
walking [1] 22/19
want [13] 4/24 7/4 7/10 11/12 12/25
 15/24 16/22 20/5 22/2 25/5 25/15 27/25
 30/22
war [1] 24/11
was [53]
way [4] 13/11 14/9 14/21 23/16
we [7] 2/24 8/23 13/14 23/5 27/16
 27/17 27/19
we'll [3] 7/8 30/21 31/2
we're [5] 2/10 2/11 4/23 11/13 27/1
weak [1] 25/12
week [2] 9/15 24/25
weeks [1] 24/25
well [6] 5/3 6/6 11/10 18/9 20/11 25/2
went [2] 23/10 25/22
were [17] 2/1 3/19 10/11 12/11 13/20
 17/14 20/15 21/9 21/22 22/5 22/14
 24/17 24/18 26/8 26/9 27/7 27/7
what [37]
what's [4] 4/24 18/18 22/20 24/22
whatever [1] 30/22
when [13] 8/23 11/13 12/10 13/10 15/5
 16/6 20/23 22/19 22/21 23/4 23/14
 23/23 25/16
where [8] 3/19 4/11 8/13 11/10 13/15
 21/3 21/7 21/12
whether [4] 8/24 9/25 12/21 16/22
which [3] 7/1 12/11 25/22
while [3] 10/3 10/4 25/6
who [9] 10/1 10/2 10/4 22/1 22/4 23/18
 24/12 24/15 27/20
whole [4] 13/17 16/7 22/11 24/8

why [3] 25/13 27/16 27/22
wife [1] 23/22
will [25] 3/6 5/23 7/4 8/15 9/5 11/7
 16/20 16/20 17/10 18/9 29/4 30/1 30/16
withdraw [4] 11/5 16/15 17/1 30/24
witnesses [2] 17/22 17/24
won't [1] 15/19
word [1] 18/18
words [3] 7/3 19/6 20/8
work [1] 13/2
working [2] 22/5 24/1
would [28] 3/14 5/21 9/18 9/18 9/20
 17/13 17/17 17/18 17/19 17/23 18/1
 19/6 19/8 19/16 22/19 22/19 22/20
 22/21 24/21 25/9 25/9 25/10 25/19 26/4
 26/20 28/1 29/8 29/12
write [1] 3/23
written [2] 4/12 29/4

## Y

yeah [7] 6/18 14/13 20/25 21/18 22/3
 24/4 25/9
year [1] 20/18
years [7] 7/15 8/1 22/5 22/24 23/3 23/8
 23/14
Yes [59]
you [257]
You'd [3] 17/20 17/21 17/25
you'll [6] 5/22 7/17 16/14 29/6 29/8
 29/10
you're [2] 15/5 30/7
you've [2] 6/3 8/20
your [65]
Your Honor [1] 27/9