UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V | ) | Cause No. 2:15 CR 72 PPS |
| | ) | |
| | ) | |
| KASH KELLY | ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

Comes now the United States of America, by counsel, Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, by Assistant United States Attorney David J. Nozick, and files the following sentencing memorandum:

The defendant was charged by way of Third Superseding Indictment with one count of Conspiracy to Possess with Intent to Distribute narcotics, in violation of 21 U.S.C. § 846. The defendant pled guilty as charged. The Presentence Investigation Report (hereinafter "PSR"), determines that the total offense level is 30. Based on a criminal history category of III, the PSR states that the guideline imprisonment range is 121-151 months imprisonment. If this honorable court grants the government's sealed motion, the defendant's total offense level will be 26, calling for a guideline

1

imprisonment range of 57-71 months.

The government is going to ask that the court sentence the defendant to a sentence that includes a period of incarceration of 51 months. The government believes that this is a fair and just sentence.

In conclusion, based upon the nature of the defendant's crimes, the government's sealed motion and all the Section 3553(a) factors, the government respectfully requests that the Court sentence the defendant to a sentence that includes a term of imprisonment of 51 months.

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By: _____
David J. Nozick
Assistant United States Attorney