**Judy Everett**
1709 Winchester Street
Jackson, MS. 39211
advanprin@gmail.com

July 26, 2020

**-FILED-**

AUG 0 4 2020

ROBERT N THOMACH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**Judge Philip P. Simon**
5400 Federal Plaza
Suite 4400
Hammond, IN. 46320

Honorable Judge Philip Simon:

This letter is regarding Kash Lee Kelly who is to appear before you on August 31, 2020 for sentencing.

I have been following Mr. Kelly on social media for months now and have found him to be one of the very few voices of sanity in this divisive time for our country. His message resonates unity with the foundation, Streetlights Unity Movement. I plead you to take a moment and look at his efforts to improve race relations, community involvement, and stressing the value of God in our country.

Yes, he has made mistakes. However, I believe his actions over the past few years will provide evidence that he deserves a chance to continue his current efforts. We need more Kash Lee Kellys in this world to provide positivity and unity.

I plead for your leniency and understanding in Kash Lee Kelly's case. May God help guide you. Thank you for your time.

Sincerely,

*[signature]*

Judy Everett

7/27/20

Dear Judge Simon,

I am writing on behalf of Kash Lee Kelly. I am aware Kash will face you on the 31st. of this month.

I've been following Kash on social media for about 2 months. He is passionate about the quest for peace and giving back to his community through his Streetlights program. He has stated how he was a gang member in his youth. He has also publically renounced his membership in said gang many years ago. He has introduced several of his children and seems to be a loving and attentive father.

For the reasons stated above, I ask you, respectfully, to show leniency toward him. He is one of a few young people who are trying to bring something good out of a horrible state of our nation. Thank you for your consideration.

Sincerely,
Joan M. Garner
Joan M. Garner

-FILED-

AUG 04 2020

AT_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

-FILED-
AUG 0 4 2020
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

7/28/20

Your Honor,

Good Day. I'm writing in Regards to Kash Lee Kelly. I have been following him on social media for several monthes. He is on a journey to bring people together in these times of turmoil. He has been working tirelessly to do this. His life is needed out here on the frontlines. I believe he has been accomplishing a lot. Please take a moment to check his social media. I understand you are a busy person, But to understand what I am saying you really need to see it in action.

Regards
Debra Savage
3812 Missouri St
Hobart IN 46342
(231) 679-6942

-FILED-

AUG 0 4 2020

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

July 27, 2020

Honorable Philip P. Simon
5400 Federal Plaza Suite 4400
Hammond, IN  46320

Dear Honorable Judge Simon:

I am a special education teacher in Idaho Falls, ID. I have been teaching for 20 years all over the United States as I followed my husband, Craig Blakely, Capt. USN Ret, throughout his career. I have taught only at Title I schools. Two months ago I discovered Kash Lee Kelly on Facebook and have been following him ever since.

He is an ex gang member on some sort of drug dealing charges and is going to appear before you soon for sentencing. Please know that Kash has completely rehabilitated himself. He serves his local community daily by interacting with children in underserved communities to persuade them to attend school, to not use drugs, and to avoid violence. He has become a model citizen. Moreover, he is visible nationally as he uses social media to encourage people to unite. This is so important in this era of violence, looting, and race wars. In short, Kash is one of the few positive influences in the United States today. He has established a nonprofit organization called Streetlights in order to spread his message of unity on a national level.

Kash is an example of the children I teach and how I hope they will be okay someday. Growing up in poverty and crime is hard; and it's even harder to rise above it. Kash is taking control of his life. Sending him to prison will not help. He is doing a greater good each and everyday by promoting his message of unity on a grand scale. I'm not sure how many followers on social media he has amassed in such a short time, but I believe it's in the millions. Please allow him to remain free -- maybe give him community service -- and allow him to continue his message. He is uniting citizens of all nationalities, religions, and socioeconomic backgrounds. We need him to continue his work. Our society will be better served with him free, and not in prison. I am a white, upper class, educated professional -- and I am COMPLETELY inspired by Kash. He's a future Martin Luther King. Just imagine how young children living in projects feel when they listen to him. We need him free. We need him to continue spreading his message of unity.

Sincerely,

Joni Blakely
Idaho Falls, ID
571 319 3497

-FILED-

AUG 0 4 2020

ROBERT N. TROJMICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

2917 Coventry Lane
Waukesha, WI 53188
July 26, 2020

Judge Philip P. Simon
5400 Federal Plaza
Suite 4400
Hammond, IN 46320

Dear Judge Simon:

My name is Diane Christopherson; I am a seasoned Category Manager who recently retired from MillerCoors, where I was employed for 37 years. I wanted to write this letter because I knew in my heart that I had to show my support for Kash Lee Kelly. While I have never met him in person, I feel as though I have gotten to know Kash through his social media posts.

I understand that, at one point in his life, Kash was a member of the Latin Kings and that he has been charged with conspiracy to distribute narcotics. I also understand that he has accepted full responsibility for his actions. However, from what I have seen and heard, Kash appears to have really turned his life around. I'm not sure where Kash was in his relationship with God when he committed his crime. I'm guessing that he did not have a strong relationship with Christ. However, he now appears to have turned his life over to God. He practices what he preaches; he shares love, not hate; he believes in uniting—not fighting. Not sure how many people follow him on Facebook, but I see many people comment about the love that he's showing. God has turned this wonderful, once bitter man, into a fighter—a fighter for humanity. I have seen interact with several of his children and he appears to have an excellent, loving relationship with them.

As you consider the appropriate sentence for Kash Lee Kelly, I ask you to keep in mind what he is trying to accomplish in this crazy world. Please take a few minutes and look at a few of his YouTube videos, or look at his personal Facebook page or his Streetlights Unity Movement Facebook page. Listen to his words—the time and effort that he's putting into his posts speak volumes. Look at the comments that he's receiving—very supportive.

Thank you for taking the time to read my letter and allowing me to support Kash. If you need to get in touch with me, I can be reached at 414-975-6049 or via e-mail at litebeer79@gmail.com.

Sincerely,

Diane Christopherson
Diane Christopherson

Cheryl Taube

416 Lake Front Drive

Warner Robins, GA 31088

July 27, 2020

-FILED-

AUG 0 4 2020

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Judge Phillip P. Simon

5400 Federal Plaza

Suite 4400

Hammond, IN 46320

Re: Sentencing of Kash Lee Kelly – Scheduled for 8/31/2020

Dear Judge Simon:

    I am writing in regard to the sentencing of Mr. Kelly. I have been following Kash on Facebook and You Tube since his post on the protests went viral.

    I am a 66-year-old, white, physician's wife who grew up in inner city Detroit. I lived in a neighborhood that gave me a front seat view of the 1967 and 1968 race riots. I usually only use Face Book to keep up with our many family members and see pictures of their kids.

    Kash's video caught my attention because I know what effect riots have on a city and a neighborhood. I believe that he is saying what needs to be said to our young people. If you could find the time to watch his videos and his podcasts with Anthony Russo, I think you will see a young man that was searching for meaning in his life and has finally found a purpose. He talks about his past criminal activity and takes responsibility. He also tries to lead other young people away from the activities that got him in trouble.

    Kash also appears to be a loving and responsible father, which we know, is one of the best things to keep people out of gangs.

    I hope that you consider what this young man is trying to do with his life when you sentence him. I knew several people like him when I was growing up, some of them ended up in prison, and some of them woke up and turned their life around and became responsible citizens. I believe Kash is the latter.

Thank you for your time and consideration.

*Cheryl Taube*

Cheryl Taube

-FILED-

AUG 04 2020

ROBERT N. TROCOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Ms. Lisa Moretti
26 West Grand Street
Hampton, NJ 08827
Lmoretti_103@msn.com
(908) 296-6013

July 27, 2020

Judge Philip P. Simon
5400 Federal Plaza
Suite 4400
Hammond, IN 46320

Dear Judge Simon,
I am 47 years old and a certified Health and Physical Education teacher in the state of New Jersey. I started following Kash Kelly's Streetlights Unity Movement since its inception. I understand that his sentencing hearing with you is set for August 31st. I am writing today as one of Kash's followers, as well as an experienced visitor in the federal prison system, to plead that you provide him with the most lenient of sentencings to allow him to continue his essential work uniting our country. "Unite Don't Fight" is the Streetlight Unity Movement's motto. I cannot explain how much this man has meant to me and to the other 150,000+ of his nationwide followers. He is truly changing the world, one American at a time.

Yes, I understand that he made poor choices and he broke the law. If this is his sentencing, then the judicial process worked and he is deserving of his conspiracy conviction; however, I urge you to sentence him with a penalty that will allow him to continue his work with Streetlights virtually, as well as his in-person work within Indiana and beyond. I don't personally know him, but from his posts, discussions, and events, it seems to me that he is already rehabilitated. It's been several years since he has been that young buck pushing his limits and breaking the law.

As I mentioned earlier, my ex-husband was convicted on mail fraud and served time in the federal prison camp just outside of Atlanta. I was a weekly visitor and saw/heard/experienced what takes place on a day to day basis in this prison. Trust me when I say that there is absolutely no good that will come out of Kash being sentenced to a federal prison camp for any amount of time. Please allow him to continue his valuable work.

Thank you for listening and your consideration Judge Simon,

*Lisa Moretti*

Ms. Lisa Moretti

July 26, 2020

Judge Phillip P Simon,

The reason for my letter to you today is in regard to the charges recently filed on Kash Lee Kelly of Hammond Indiana. I must be honest my reason for writing you today will sound a bit strange but please bear with me as I try to explain.

2020 has been a difficult and trying year. The media has shown our country to be flooded with violence, divisiveness, hatred, and at many times complete hopelessness. During all of the chaos of COVID 19, racial justice, cancel culture, and political wars I found a man who offered a glimpse of hope for our nation. The main reason why he captured my attention and gave me hope is he acknowledged his mistakes. Not only did he acknowledge his shortcomings he vowed to help others not continue down the same path. When so many people in his neighborhood are resorting to violence and crime he is speaking of unity and education. For anyone in his position to still speak his mind is unfathomable in todays society. He receives death threats and insults on a daily basis because his beliefs are not aligned with others. To hear someone, speak of peace, unity, education, and a strong family structure is amazingly refreshing for me and many others in this country.

I am a firm believer in our court system. Wrong is wrong and I am in no way saying to overlook any crimes that this man has done in his previous years. I just ask that you please look into this man's current actions and beliefs. I believe we need people like him to continue to uplift those around him. Especially in and around his hometown. I ask that you please consider community service instead of a prison sentence. This world needs him active in the community. Not tomorrow, not 5 to 10 years from today but now. We have life altering events happening within this country and I do not think all are for the best. I trust this man's heart and know he can help so many. So, if he is indeed found guilty of a crime please let him service his time by serving the community as I feel that was his purpose in life. Thank you for your time.

Sincerely,

Chantel Shirley

Chantel Shirley

telshirley@hotmail.com

(703)627-0829

5268 Bighorn Lane, Unit A

Fort Irwin, CA 92310

FILED
AUG 04 2020
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

July 26, 2020
9 Jackson Ave.,
Johnston, RI  02919

Judge Philip P. Simon
5400 Federal Plaza, Suite 4400
Hammond, IN  46320

RE:  Kash Lee Kelly, court date July 31, 2020

Dear Judge,

Thank you in advance for reading my letter.  I'm writing to you to speak to the character of Kash Kelly, as I know him to be and to ask for leniency and to please consider who this man is now, how he has turned his life around and all the good he is doing in his community and with his beautiful family.

I'm a 65 year old woman.  I've never met Kash in person.  I got to know what kind of person he is by chance during the past couple of months, during this time when our country has been so divided and I was looking for some bit of hope that things would change.  I began to listen to him, his videos, his story.  This young man has impressed me in so many ways.  He is well read, intelligent, a terrific, loving dad (with a new baby expected any day now); a man who knows and follows the Lord, who can quote Bible verse, and is generous of heart, who is forgiving, and much more.

You might wonder how I know all this, having never met him.  Well, during this time of isolation due to Covid19, it's the same way we have all been getting together, varying online platforms.  Kash has reached thousands of people through his message of unity and has associated himself with some great men, Anthony Russo, Curtis Harkness, Aaron Smalls to name a few....all of which share Kash's passion for unity and positivity and truth.  He has support from the Mayor of Hammond and is in very good standing with the police officers of Hammond.

Please consider his story, Sir.  He came from a background that I consider to be extremely difficult and perhaps it is not for me to share all the details with you.  He held a steady job from the age 18 to just recently, when he made the full-time commitment to the movement he leads, I will say that from where he came to where he is today, is truly a transformation.  He holds no bitterness for his misfortunes and speaks honestly about his mistakes, taking full responsibility for who he was, crediting his pastor, J Calaway, and other mentors he holds dear to this day for being there for him.  Kash is not a perfect man, and is the first one to admit that.  However, he is a good man now, with good values who has turned his life on a righteous path.

Time does not permit me to tell you everything I have learned about Kash.  I haven't lived this long in life without having gained some pretty good skills at being a good judge of character.  Surely you can, if so moved, take a glimpse yourself at all he has accomplished in a short time, his commitment to the movement he started, **_streetlightsunity movement_**, with efforts currently beginning to build a community center to help kids (or anyone) who needs a place to go and an ear to listen or meal.

Please consider also that recently thousands of prisoners have been released from prison due to the Covid19 crisis, prisoners with non violent crimes.  Sentencing Kash at this time for a non-violent crime from so long ago, that he shows great remorse for, would put him at high risk

physically and would deter all the good work he is doing. I am absolutely confident that you would agree with me Judge, about the good character of this man given the time to take a closer look.

I cannot fathom one positive outcome that would come from sentencing Kash to a prison sentence of any length. On the other hand, should you allow him to be free, the positive outcomes from that are many. He would continue to lead so many of us to unite, to be good people, to speak truth, to do good in his community and to spread his message to people throughout our country and even beyond. He would continue to raise his children in a loving home, to teach them to be good people, to take care of them and love them.

Pardon the lengthy letter but I am passionate about what Kash has done, how he has now turned his very tragic beginnings of life into a light for so many. I appreciate his wisdom, his generosity, and the way he has his feet firmly planted on the ground and look forward to seeing him grow in his efforts. His light needs to continue to shine because we need more good men like Kash speaking and acting for unity, for love, and for peace.

Thank you for your time.

Sincerely,

*Diane S. Tellier*
Diane Tellier
401-223-4425
dstellier@gmail.com

**Deborah M. Erwin**
19531 Edgebrook Ln.
Tinley Park, IL 60487
(708) 935-4980
d_erwin2002@yahoo.com

26th July 2020

**Judge Philip P. Simon**
5400 Federal Plaza
Suite 4400
Hammond, IN 46320

Your Honor, Judge Philip P. Simon,

I am aware that there is an upcoming sentencing case coming before you for Kash Lee Kelly on August 31st of this year. I have heard that you are a fair and kind judge, and I am hoping this letter reaches you.

Kash has become an upstanding member of his community, an advocate against gangs, he lifts people with his positive words and actions. Kash posted a social media video that went viral. He used that platform to create SUM (Streetlights Unity Movement) with slogans of Unite don't Fight, joining with others to Be the Change.

I wish there was a way for me to express the good he is doing and how this 31 year old has completely changed from the 18 year old he used to be.

When he comes before you, please give him grace. This man does not need any jail time, we need him out in the world bringing us together and sharing love.

Respectfully,

Deborah M. Erwin

-FILED-
JUL 29 2020
At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

RECEIVED
JUL 29 2020
ROBERT N.
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
-FILED-
AUG 04 2020
At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Karen M. Regan
7320 W. 112th Pl.
Worth, Illinois 60482
(708) 829-5362

July 27, 2020

The Honorable Judge Phillip P. Simon
5400 Federal Plaza — Suite 4400
Hammond, IN 46320

RE: Sentencing of Kash L. Kelly
on August 31, 2020

Dear Your Honor:

I am writing to you on behalf of Kash Lee Kelly. I understand that he is to be sentenced on 08/31/20 for his past crimes. I would ask that you show some mercy on Kash.

Whereas I have not yet met him personally, he has made a huge impact on my, and a lot of others, life. Two months ago he posted a video on Facebook that went viral and he started a unity like none I have ever seen. I have no idea how I even saw the video as I have my FB set to friends only, but I am glad I did.

Kash has started the Streetlight Unity Movement to end racism and separation, and has brought people from all over the WORLD together. I have never met anyone that speaks to so many with such passion! He truly believes that if we all come together as humans we can make this world a better place and I, and my family, stand with him. He has made such a difference in how I see and treat people.

Although he has a past, I believe that he has completely turned his life around and is doing a wonderful job of uniting people not only in his community, but around the world.

He has hosted community events, gotten his mayor involved, met with the police and is trying to help people locally and nationally.

He is also a wonderful father as well, and has another baby due anytime now.

I hope you have compassion and consider all of the wonderful things he is doing when you decide on his sentencing.

Please feel free to contact me at anytime if needed. Thank you for your time!

Sincerely,

Karen M. Regan

July 24, 2020

Judge Philip P. Simon
5400 Federal Plaza #4400
Hammond, IN. 46320

-FILED-
AUG 0 4 2020
M Clark
JRT
INDIANA

Good morning Judge Simon,

I am writing you a letter in support of Kash Lee Kelley. Now, I have never met him, nor do I know any of his family members. I know nothing of his case or of his prior life. I only know what I have seen and heard from this man's recent heart, and everything I have witnessed has brought me to the conclusion that Mr. Kelley genuinly wants to change. And has already changed whatever it was in his past life that needed to be changed in his character for him to be successful and get out of the life that he was in. I don't know what he did to end up in your court sir, but I have been listening to Mr. Kelley pour out his hopes and dreams for his life and children while walking before sunrise sir, and those true emotions [on face Book posts] that he has been showing his followers are real. I believe him when he says he is a changed man! I can see it written all over his face in his expressions when he is trying to get an idea across. Kash is a born leader Judge Simon! And I truly believe that if given the chance, Mr. Kelly will go on and continue to do great things for the community and people around him. I believe he could even be our next Martin Luther King Jr. !!!

-FILED-

AUG 0 4 2020

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

July 27, 2020

Dear Honorable Judge Philip P. Simon,

I am writing to you on behalf of Kash Lee Kelly whose sentencing will take place on August 31, 2020.

I have never met Kash in person and my reference is based on following him on social media. Kash had spoke on a you-tube video about the issues of race and the police, and how Black Lives Matter is needing to consider what they are doing. The content of his video and the start of his non-profit, Streetlights Unity Movement has impacted for good people all over the world and especially here in the United States. The Streetlights Unity Movement was created by Kash to bring people together in community, unity and peace and to stand against racism, corruption and fighting.

Streetlights Unity Movement is also a place where Kash helps us to discuss tough issues and work to attack the issues and not each other. Kash is a bridge for many people, a uniter in bringing people together as Americans.

Kash has expressed a dream to build into local communities, where children are growing up in tough neighborhoods. He wants to build a community center, where youth and families would have a safe place to come in their time of need

Kash is a man of God. He is part of a local church. He brings messages of love and peace to our online community.
He is a man who studies to show himself approved in theology, history, the Constitution and leadership matters. I believe that he is the Martin Luther King of our time.

I have journeyed with Kash for approximately 2 months. I have seen him as a family man who deeply loves his children.
I have seen him in the community as he talks with all people. He has done picnics in the park in Lake Station with the Mayor and has provided games and activities for people to talk. He is providing fireworks in Lake Station with the Mayor on August 8, 2020.

I have never met Kash face to face; however, I look forward to that day. I have great respect and love for him and his family.

I am not writing to tell you how or what the sentence should be, I am asking you please to show mercy. My letter is to simply express the Kash Lee Kelly who is walking in communities today.

Thank you for your consideration.
Sincerely,
Deana L Lange

-FILED-
AUG 04 2020
ROBERT N. TRKOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

-FILED-
JUL 29 2020
At
ROBERT N. TRKOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

July 26, 2020

The Honorable Judge Phillip P. Simon
5400 Federal Plaza
Suite 4400
Hammond, IN 46320

Dear Sir:

I'm a 77 year old woman who would hate to be judged on what I did when I was 18.

For the past several months, I have been following the postings for Kash Lee Kelly and his Streetlights Unity Movement. I understand Mr. Kelly is scheduled to appear before you for sentencing on August 31, 2020.

I've seen a lot over my lifetime. I am not easily swayed by rhetoric. I was a bit skeptical of this young man, but I certainly cannot fault his message. Yes, he has apparently done some bad things in his younger years. So have we all, though maybe not to the same extent. Mr. Kelly is not perfect and I don't agree with everything he says. But I like the fact that he creates a dialogue and genuinely (I believe) reaches out to opposing positions so that all may be heard.

In short, he has done a lot of good and reached a lot of people in a short period of time, in part because of his charisma; but more likely because of his message. We all need more love in this world.

I respectfully suggest that you consider the whole picture as you look at Mr. Kelly's indictment. What is the greater good here. To imprison him and silence a remarkable message? Or to show leniency, let the past be the past and focus on the future and the good that he can accomplish. I hope you will consider that as you sentence this young man.

Thank you.

Respectfully,

Jamison Ruggles
413 Lageschulte Street
Barrington, IL 60010

Dear Judge Philip P. Simon,

I am writing you regarding an upcoming case for Kash Lee Kelly.

I, and many others, have become followers of him through Facebook and his non profit organization "Streetlights for Unity" cause. I was impressed with his honesty - never each day for a lot of society. He's not only turned his life around but is seeking to help others who need mentorship to get on the straight and narrow road, a compass reading of True North. My hope and prayer is that you will allow Kash to continue raising his children and new baby (mother abandoned the 3 older ones) continue to reach out to those who need his messages through "Streetlights for Unity," and not put Kash behind bars for something he did a decade ago. Please consider maybe probation if you need to something legally.

He is not the young teen- young adult he once was. God is doing a lot of work through Kash!

You for allowing me to speak on his

...may all kinds of happy things happen to you.

Angie Broske
Waterloo, IL

FILED
AUG 04 2020
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA