July 26, 2020

Tracy Conley
134 S. Warren Rd
Ovid, MI 48866



Judge Philip P. Simon
5400 Federal Plaza – Suite 4400
Hammond, IN 46320

RE: Kash Lee Kelly

Sir:

I write this as a YouTube follower of Mr. Lee as a conversation regarding his upcoming appearance before you on August 31, 2020. For full disclosure, I have never met Mr. Lee – I am just a follower of his internet work.

As a frame, I am a middle aged, white, married woman currently living north of Lansing MI. I was born and raised near Flint – my husband is a born and bred "Yooper" Our children are grown and on their own.

I happened upon Kash's YouTube page one evening when I was just puttering thru facebook. I watched a few of his videos – and while at first I was not keen on the in-car videos, he looked to be attempting to pass a fine message. I went thru a few just to measure it and started to follow. I was very impressed when he started having his "real life" Zoom video presentations. His activism for helping the internal difficulties within the black community looks to be wildly insightful and sometimes a bit "mainstream:" challenging. As a white woman, I don't feel it is in my place to offer my opinions of things that may help the black community better succeed without coming off as a racist or privileged – But I find Mr Lee's videos and community work reflect the thoughts and ideas I had but couldn't express. He looks to be well prepared and always has a nice diversity of thought and methods in the live streams and it shows his work is part of his newly swelling personal pride and community.

While I am not fully informed of his pending charges- in a video he explained it was a drug related charge from many years ago, and it caught up to him. I am a proponent of stupid hurts and actions come with consequences, but I also feel redemption and penance should be used in the weight of the determination.

So with this, I simply wanted to let you know that I have learned from the work he is now doing and am encouraged to see a once wayward young man make strides to turn into a responsible, respectable man, father and activist – and I ask that you take that into account when you pass your sentence. Attached is a copy of his post asking for help.

Thank you for your time and considerations


Tracy Conley


-FILED-
AUG 06 2020
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

 **Kash Lee Kelly**
11h · 🌐

Judge Philip P. Simon
5400 Federal Plaza
Suite 4400
Hammond, IN 46320

This is the judge over my case. He is a very fair judge and was kind when I stood before him. If you'd like to write him then here is the address. My sentencing is Aug. 31st

 372     228 Comments · 10 Shares

 Like      Comment      Share

July 27, 2020

Judge Philip P Simon
5400 Federal plaza
Suite # 4400
Hammond, IN 46320



**RE: Kash Lee Kelly**

Dear Honorable Judge Simon:

I write this letter today on behalf of Kash Lee Kelly. Although I have never had the privilege to personally meet Kash. I would like to attest to his character and what he has consistently shown on social media for the last several months.

I find Kash to be a very forthright person when it comes to his **past** life. It is amazing to me that by determination, perseverance and God's grace that he has drastically changed into the man, the father he is today.
Kash is an advocate against gang violence. He also has a gift when it comes to bringing people together, who have differences, whether it be race, political, religious, or economic backgrounds. He has the ability to connect with people of all ages.

I am asking you and the court for leniency on August 31st 2020. I feel that a man like Kash is greatly needed in the community in these volatile times. His children also need him at this time. Kash is a man who is making a difference and his left his **past** life behind. I believe that Kash Kelly is a man who has learned from his **past** and regrets it deeply but more importantly he has learned from it and is making amends in his community and on social media to make life better.

Thank you for considering my letter. I appreciate your time concerning this matter.

Respectfully,

*Linda Jex*

Linda Jex
233 E 5250 S
Ogden, UT  84405

Dear Judge Philip P. Simon,

-FILED-
AUG 06 2020
AT
ROBERT N. ~~~~ Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

I am writing to you today on behalf of Kash Lee Kelly. As his sentence approaches, I wanted to write to you about the heart and kindness of Kash Lee Kelly. This is the first time I have written a letter like this and I thank you sir for considering the goodness and kindness in Kash and that you consider the man he is now. Kash has publicly admitted his past wrong doing and is seeking forgiveness by being honest in what he has done and by giving back to the world. He is trying so hard to make a better life for his family as well as so many people he doesn't even know by starting a foundation to give back, to get kids out of gangs, to help the homeless and bring unity to this crazy world in which we live in today. He is a man of God and in the way he honors God is with his goodness which is so refreshing and needed right now. I support Kash and everything he wants to accomplish with this foundation. He recently brought a homeless person a cellphone and food and is working with his pastor to find shelter for this person. I could literally give you hundreds of examples of kash being a human being that learned from his mistakes and wants and is doing good in the world. He has a huge heart and cares so deeply for others.

Thank you for reading my letter and considering my plea on his behalf.

Respectfully and Sincerely,
Wendy Lemen
Owner of Our Soul Shine
535 Jefferson Ave
Fairport, NY 14450
585-377-6875

# Lisa Kendigian
1543 Evening Shade Circle
Las Vegas, NV 89119
lkendigian@cox.net

July 31, 2020

-FILED-

AUG 06 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Honorable Judge Philip P. Simon
Judge of United States District Court, Northern District of Indiana
5400 Federal Plaza, Suite 4400
Hammond, IN 46320

RE: Sentencing of Kash Lee Kelly, Defendant, Case No. 2:15-CR-00072-PPS-JPK

Dear Judge Simon,

My name is Lisa Kendigian. I am a digital technology manager and resident of the state of Nevada. I am writing regarding the sentencing to be decided in the matter concerning Kash Lee Kelly.

I do not know Mr. Kelly personally, but became aware of him in June 2020, noting the positive affect of his social media efforts, beginning with the *Why Should Our Lives Matter*[1] video on Facebook.

Every person needs a reason. Mr. Kelly found that reason with the video that he posted in June 2020 that went viral with 14M views on Facebook alone. Since that date, he has been a vocal and tireless advocate against division and criminal acts and uses his platform to convince others to stop offences against others, developing and strengthening communication.

Without hesitation, on at least one occasion, Mr. Kelly has publicly renounced and rejected his prior affiliation with the Latin Kings[2] and his earlier life choices. In the three months since I began watching his media posts on Facebook, YouTube and Twitter, I've seen Mr. Kelly take responsibility for his actions and display his intent to work on himself and with others in authority to continue to achieve positive change.

There is a profound positive change in his life, and each message he delivers goes viral, reaching many on various social media channels and this is testament to his impact.

Please allow Mr. Kelly to continue bridging the gap between communities. He has a unique ability to accomplish this due to his background and willingness to work with government, law enforcement, and people of all ethnicities and backgrounds.

I respectfully ask: please consider factors of Mr. Kelly's behaviour and sentence him to probation and supervised release or community service for a defined period, rather than prison time.

A harsh sentence of *any* prison time will negatively impact Mr. Kelly's children by removing a father who appears to be very involved, and it will effectively silence the positive community impact he has in Hammond and elsewhere throughout the United States. During probation and supervised release/community service, he could potentially work with the State of Indiana to help affect positive change, and his efforts are needed.

Sincerely,

*Lisa Kendigian*
Lisa Kendigian

[1] Kelly, Kash Lee. "Live Black Lives Matter - WHY SHOULD OUR LIVES MATTER TO THE WORLD WHEN THEY DONT MATTER TO US" *Facebook Live,* uploaded by Kash Lee Kelly, June 2020, **374,549 shares, 14M views** https://www.facebook.com/kashlee.kelly/videos/vb.100026430022293/554536008770728/?type=2&video_source=user_video_tab

    Kelly, Kash Lee. "Ex Gang Member speaks "When do Black Live Matters?"." *YouTube,* uploaded by C Ross, Jun 3 2020, 111,648 views  https://youtu.be/0ekhvxKBEKo

[2] Kelly, Kash Lee. "Live Ok so first off...(transparency-life history, parents, family, gang violence six years old, prior affiliations, racism, church attendance, positive mentors named, joining Latin Kings at 16, sent to boys home from 17-18, 2017 federal arrest overview, speaking out about affiliation with Latin Kings, denouncing the affiliation, explaining charges, appreciation of life, faith in justice system and God, saving one life" *Facebook Live,* uploaded by Kash Lee Kelly, June 2020, **755 shares, 61k views** https://www.facebook.com/kashlee.kelly/videos/vb.100026430022293/556909328533396/?type=2&video_source=user_video_tab

Kelly, Kash Lee. "Live Unite Don't Fight" *Facebook Live,* uploaded by Kash Lee Kelly, June 2020, 508 shares, 40k views https://www.facebook.com/kashlee.kelly/videos/vb.100026430022293/558356228388706/?type=2&video_source=user_video_tab

Kelly, Kash Lee. "Kash Lee Kelly addresses racism, division, and NFAC [Black Militia] / [N.F.A.C]." *YouTube,* uploaded by Viral Content, July 9 2020, https://youtu.be/CenpZSa7a9c

Kelly, Kash Lee. "Live addressing against the NO SNITCHING RULE, bridge the gap, Face Your Community" *Facebook Live,* uploaded by Kash Lee Kelly, June 2020, 1032 shares, 55k views https://www.facebook.com/kashlee.kelly/videos/vb.100026430022293/558329285058067/?type=2&video_source=user_video_tab

Kelly, Kash Lee. "Live Tune in for this (All lives matter/Everyone's life is important/Do not be divided" *Facebook Live,* uploaded by Kash Lee Kelly, June 2020, 3384 shares, 147k views https://www.facebook.com/kashlee.kelly/videos/vb.100026430022293/556026651954997/?type=2&video_source=user_video_tab

Kelly, Kash Lee. "Live Hey everyone there are 250 viewers pay it forward, let God shine through you" *Facebook Live,* uploaded by Kash Lee Kelly, May 2020, 659 shares, 56K views https://www.facebook.com/kashlee.kelly/videos/vb.100026430022293/555927408631588/?type=2&video_source=user_video_tab

Kelly, Kash Lee. "Live Speaking on a platform – naming Streetlights program, Unity" *Facebook Live,* uploaded by Kash Lee Kelly, June, 2020, 735 shares, 67K views https://www.facebook.com/kashlee.kelly/videos/vb.100026430022293/555311515359844/?type=2&video_source=user_video_tab

Kelly, Kash Lee. "Live Sitting with my uncle and he is far wiser than me (addressing issues/elderly)" *Facebook,* uploaded by Kash Lee Kelly, June, 2020, 445 shares, 36K views https://www.facebook.com/kashlee.kelly/videos/vb.100026430022293/555290645361931/?type=2&video_source=user_video_tab

Kelly, Kash Lee. "Live" *Facebook,* uploaded by Kash Lee Kelly, June 2020, 737 shares, 61K views https://www.facebook.com/kashlee.kelly/videos/vb.100026430022293/555213495369646/?type=2&video_source=user_video_tab

Dear Judge Simon,

I ask my plea on behalf of Lee Kelly who will stand before you on Aug. 31. This man is a recovered drug dealer, gang member, hood rat who has created a platform to unite America with peace and love. He is doing great things in his community and beyond. Helping the homeless with food + shelter, providing school supplies to kids and promoting hope and light thru these dark times. He is making a difference and we need

(2) more amazing people in our past, world. Our past should not define who we are or limit our who we become. I should not limit our world. We are or who we become. I should be the change opportunity of who we follow his heart, pray for Kash to be the change use his platform. Thank you for make a difference. Your Honor, your consideration, your street light! You are a street light! God bless you!
- Brenda Combs
from Ohio