UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:15 CR 72 PPS |
| | ) | |
| KASH LEE KELLY | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This court has repeatedly recognized the dangers presented by the COVID-19 pandemic, and the attendant justification for modification of court operations to protect court personnel, litigants and the public against the spread of the virus. *See*, *e.g.*, General Order No. 2020-35, dated November 30, 2020. In particular, the court has noted that "gatherings of people in close proximity to one another that occur during Court operations present the potential for substantial health risks to the public." *Id*. at 1. Hearings in criminal cases -- for changes of plea, for supervised release revocation proceedings, for sentencings and the like -- present such a dangerous potential if attended in person by members of the public or the press whose presence is not critical to the proceedings. At the same time, except in rare instances, such court proceedings are open to the public, and access cannot be lightly or routinely denied.  In order to accommodate the competing concerns of public safety during a dangerous pandemic and public access to open court hearings, I will implement in this case appropriate

limitations on the people who are admitted to the courtroom in person, permitting all other interested persons to listen to the proceedings via telephone.

ACCORDINGLY:

In-person attendance at hearings before Judge Simon in this matter will be limited to the defendant, counsel, case agents, court personnel, representatives of the probation office, witnesses and victims. All other members of the public have access only by telephone, by dialing 888-363-4749 and entering the code 9147763 when prompted.

Any objection to this procedure must be lodged by a written filing no later than 24 hours prior to the hearing in question.

SO ORDERED.

ENTERED: December 18, 2020

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT