January 12, 2021

Honorable Philip P. Simon
U.S. Distric Court Judge
5400 Federal Plaza - 4th Floor
Hammond, IN. 46320

-FILED-
JAN 15 2021
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

My Name is Miki Amato a 66 yr. old grandmother living in Louisiana. I'm writing on behalf of Kash Lee Kelly. Asking you to consider Kash's remarkable transformation into a very productive Citizen. Not only is he a Great father, family man, he's a wonderful Positive motivator! I believe he is the future of our Country. Honest, sincere, always eager to help, always wanting the best for people. Always seeing the best in people.
Please consider this when he goes before you for sentencing.

Sincerely
Miki Amato

Honorable Judge Simon,                                     Jan 11, 2021

-FILED-
JAN 15 2021
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

I am writing to you on behalf of an amazing person, Ish Lee Kelly.

I follow Mr. Kelly on social platforms and I would like to atest to his character. Mr. Kelly is a very respectable young man. He is always trying to help people out. He is right there to lend a hand. He always tries to speak kind to people. He has a huge following on the social platforms.

Your Honor, we were all young once. We have all done "stupid" things before. I can tell you that Mr. Kelly is not the same person he was all those years ago. His friends and fans all understand that you have to uphold the law. However, I pray you take into consideration his positive change that he has worked hard to achieve.

Thank you for your time.

Ashley Cinnamon
Ashley Cinnamon

H. Cunningham
1330 33rd St
Wichita Falls, TX
76302

NORTH TEXAS TX 760
DALLAS TX 750
12 JAN 2021 PM 6 L

Judge Philip P. Simon
5400 Federal Plaza
Suite 4400
Hammond, IN 46320

46320-187700

Miki Amato
17654 N. Greens Ave.
Baton Rouge, LA. 70810

BATON ROUGE LA 707
12 JAN 2021 PM 1 L

Honorable Philip P. Simon
U.S. District Court Judge - 4th floor
5400 Federal Plaza - 4th floor
Hammond, IN 46320

46320-187700