Tina Patillo
392 Briarwood Drive
Valparaiso, Indiana 46385
(219) 707-6592
Patillo@usa.com

January 15, 2021

Judge Phillip P Simon
5400 Federal Plaza
Suite 4400
Hammond, Indiana 46320

I am writing and asking for your help in the Kash Lee Kelly case. Kash believes you to be a fair and good guy. He has told all of us to not react and to have confidence that things will work for the best. I have to be honest I don't have that confidence in the justice system that Kash has. I pray he is right.

I want to tell you how Kash has influenced my life in the last year. He has been nothing but positive. Kash has made me believe that there still are good people out there. He has given me faith that the world can be a better place. He has made me believe that not everyone is bad and out to take advantage of others. He has taught me to research and not to take anyones word as the truth, even the things he tells us, he tells us to research and not to take his words as truth. That we all need to research his information and decide the truth after we research for ourselves. He has helped so many people in need and encouraged people to be the best they can, to respect and love everyone. He is a gift from the lord above that has opened my eyes and made me believe this world is not all bad and corrupt.

I first heard Kash on Facebook. I listened to his videos. He really touched me because of his honesty and openness. Kash tells his life story of where he came from and his journey through his life. He tells the good right along with the bad. He has been an open book, sometimes I think too open about his personal life. He has not hid any of his life from anyone. Everyone that follows Kash on the internet knows his whole life. He has come along way! Kash was raised doing all the wrong things, BUT he has straightened his life out and now preaches to the kids not to be like he USED to be. He preaches to the kids to stand up for right not wrong. Kash promotes/demands Unity and Respect for others. Kash will stand up for what is right and honest. He has only had positive messages he puts out. I met Kash personally over last summer, how? I met him at outings he was putting on for the kids in the community (no one else does), watched him help people that were in need (where others have not), treat everyone with respect no matter their color or their beliefs. Kash is a positive influence on anyone he comes in contact with.

I strongly believe that Kash 100% believed he had permission to go to DC. He is not a stupid man and I believe that if he knew he did not have permission to be there he would not have went and definitely would not have posted the trip on social media where he is followed by over 270,000 people. People make bad decisions everyday, even yourself has made a wrong decision here and there, Kash has been respecting his bond agreement for 4 years, which shows he does respect that agreement. I understand that charges have been filed by DC for Kash entering restricted grounds and entering the Capitol. I believe that he should be reprimanded for that. I also bet my life that when Kash entered that building he was not there to destroy anything, hurt anyone, or steal anything. He was not armed with any weapons to hurt or destroy anything. Kash made the bad decision to enter the Capitol. Going out of town without permission, doing no harm to anyone or anything, and coming right back home to me does not deserve the treatment he is receiving right now. It isn't like he is trying to run and hide from the

law. He simply made a wrong decision that hurt no one or destroyed anything that wasn't his. Revoking his bond until sentencing in Feb. is a tough punishment for someone who believed he had the permission to travel to DC. He takes great care of his kids unlike most people. He has proven himself to be trusted as he has not ran and hid from any of his legal obligations. I beg you to please have mercy on a man who has proven himself to be rehabilitating himself, who has proven remorse for the wrong actions in his past. People change as time goes on. Some people change to the worse and some have changed to the better. Kash has proven himself to be the better. Let his past be the past and see Kash for the man he is today.

I have only known him to be remorseful for his past, promoting Unity, Love, Respect, and Honor. He is a man that takes pride and care of his family. He teaches eveeryone's kids to research and absorb knowledge, he teaches respect of others, he teaches and preaches to stay away from gangs and to realize gang life is the wrong life. He goes to the gang areas and preaches gang members to go in a different direction, to do the right things, to unite not fight. He is an upstanding man that is taking his life experiences and sharing all his knowledge and experiences with everyone that will listen. I am proud to bring my family around him, from my 88yr old mother (who loves Kash to death) all the way down to my 2 yr granddaughter. The more my family watches, and is around him the more they are influenced to do right and to educate themselves. I have seen my family become more loving towards others which warms my heart. I believe the world needs to hear and be influenced by Kash. He has a huge following on social media for a reason….that reason being…Kash speaks the truth, encourages everyone to be a better person, is willing to help anyone in need, even if it means giving the shirt off his back or the last dollar in his pocket. I beg you to give Kash a break and show that the justice system is working correctly. Kash has done nothing but good and has improved many peoples lives.

I am begging you to please have mercy on this man and show that the justice system can see the person for who they are and not what they were. Please do not condemn this man for a bad decision where he did not hurt anyone or destroy anything. He doesn't deserve to be away from his family and his ability to take care of his family.

Thank you for your precious time,


Tina Patillo

Tina Patillo
392 Briarwood Dr.
Valparaiso, IN 46385

RECEIVED
JAN 19 2021
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

7020 2450 0000 4350 1715

CERTIFIED MAIL®

SUBURBAN IL 604
15 JAN 2021 PM 6 L

Judge Phillip P. Simon
5400 Federal Plaza
Suite 4400
Hammond, IN 46320

FOREVER
948700821142026

U.S. POSTAGE PAID
FCM LETTER
VALPARAISO, IN
46383
JAN 15, 21
AMOUNT
$3.55
R2305M148983-17

46320