7-26-2020

☐FILED☐

JAN 29 2021

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Kash Lee Kelly – Sentencing date August 31st

Honorable Judge Simm,

Today's world is sad, scary and extremely unstable. Obviously, this is not news to you, your Honor or any person that is alive or breathing.

I am a 67-year-old woman living outside of Minneapolis in a town called New Hope. I have a beautiful daughter who is a paralegal with a firm in downtown Minneapolis. I have a son who has been a Border Agent in Arizona and a Customs Agent on the water in Puerto Rico for 3 years and just last week transferred to Clearwater, Florida. Proud mother of both of my children....I am also proud of Kash Lee Kelly and it would be an honor and privilege to call him my son.

Kash is the poster child and prime example of Bad turns Good. He has worked hard at becoming a better man and a great role model for his children. Kash is exactly what the youth of today need and obviously he has been able to cross over the barriers of age. He has inspired me to try and HELP put some PEACE back into this world. I will share my story in a minute. First, I need you to know what Kash represents to me & others.

| | |
|---|---|
| 1. Truth | 6. Hope |
| 2. Knowledge | 7. Kindness |
| 3. Communication | 8. Reformed |
| 4. Transparency | 9. Humility |
| 5. Love | 10. Intelligence |

I am concerned, your Honor, of what Kash's FUTURE looks like after August 31st. His charge is conspiracy to distribute narcotics. He is a child from the hood – no supervision, no chance for a life as you and I know it. Gang members wrapping their arms around his INNOCENT SOUL. He so regrets that life, but it was his destiny. Until NOW......... He has so changed and has a new Destiny. He has proven this beyond a reasonable doubt.

To refresh my memory:

Rehabilitation vs. Punishment

> Rehabilitation gives one a chance to learn about his/her debilitating problems and offers for one to change their behavior in order not to commit crimes. Rehab helps ease the offenders reentry into society.

> Punishment (incarceration) puts the offender in the confines of a cell in order to think about the crime committed.

Apparently, your Honor, you are holding in your courtroom Kash Lee Kelly's future. It would be wrong of me not to share with you Kash's impact on people all over the world. I have worked in the legal system and so appreciate the judicial system as complicated as it can be. At one time I owned a legal Process

Service Company for 8 years. Also, owner of Advocate Angels for Hire, where for 11 years I worked with women in Divorce. Navigated the legal system to ensure a healthy outcome for all parties involved. I designed and created a law in Florida for Public Babysitting with the help of Rep. Jim Hill. Invited to sit and participate on legislative committees to discuss Education (I represented the gifted children).

Having the opportunity to be exposed to the judicial system, I have seen many different outcomes to court cases. Especially when I worked as an advocate for women in divorce. I told them to always ask for what you needed and nothing more. Do not gouge the husband's eyes out. Nothing good comes of that.

Your Honor – feeling the same way right now for Kash. I believe Kash has done way more Rehab than you or I could have every asked for anyone. What Good would incarceration do for Kash? American people need you, your Honor, to hopefully see what we all see in this young man. Give him the opportunity to continue spreading the word of "UNITY". Please take a moment and watch these (3) YouTube videos. You will understand then why Kash can speak to all ages and brings a message of unity. He addresses really Hard subjects with respect for all sides. He continues to say without communication you cannot have peace.

1. Ex Gang Member speaks "When do Black Lives Matters?"
2. Tell the truth...Truth is BLM Only Matters When Its White ppl involved
3. The No Snitching Policy

I mentioned to you that Kash has a major influence on me – so here is my story.

I was driving in my car listening to Kash one day and he was talking about youth centers/community centers. Someone had just made a donation. Apparently, a nice sum of money and they wanted to be anonymous. Donation was to Street Lights Unity – Kash Kelly's non-profit. I thought I would like to donate but I am not rich nor famous. I came up with a plan or idea where all American People can Help with rebuilding America. I spent the last month putting the idea on paper. I met with my Mayor of New Hope (love the name Hope – New). Her name is Kathi Hemken. She is in support of this endeavor. I will be working with SCORE this week on creating a more precise business plan. Spoke to the Public Relations Director of Communication and Legislative Affairs of the MN Lottery. We plan on talking again this week. Her name is Erika Helvick.

I am a very determined woman to see this plan go through. It will help repair the many Broken trust issues we have & ensure we start the Healing Process of America.

How can America Heal without the words and positive vibes we get from Kash and a hand full of others who speak about helping to heal as opposed to those who continue to protest and riot. His passion and Love for unity is unsurpassed by what he did as a scared young man from the hood.

Once again, Judge Simm – I would be proud to call Kash my son and just as proud to call him my friend.

Geina MacDonald

7640 49th Ave. N. #344

New Hope, MN 55428

612-584-8433

Copies to:

Judge Philip P. Simm

5400 Federal Plaza

Suite 4400

Hammond, IN 46320


Mayor Thomas McDermott, Sr.

5925 Calumet Ave.

Hammond, IN 46320


Chief of Police

John D Doughty

509 Douglas St.

Hammond, IN 46320

1/3

FILED

JAN 29 2021

At
ROBERT N. TROGVICH, Clerk
U.S. DISTRICT COURT M
NORTHERN DISTRICT OF INDIANA

1/12/21

Dear Judge Simon, Kash Lee Kelly-

Let me introduce my self. My
name is Barbara Fox I line on
Long Island, New York, Im a Mom of
4 daughters and 5 grand kids. Im
a school bus driver for 22 years!
due to Covid 19 I was furlaughed
from my job. With not much else
do do it brought me to Face Book.
that where Kash Lee Kelly Caught
my eye. a young black man. Im
white, Makes no real difference-color,
I seen a young black man that
loved, god, his family. Someone
who wanted better. He was "VERY"
open about his past. Not proud of
things he had done as a young
black man struggling through life.
with no real direction do go
He wanted to better himself &
his family life, Maybe do something
to give back to to community.
to help keep kids out of the streets!

I believe FaceBook helped him
accomplish some of those things
Mr Kelly is not a perfect man.
But a "good" man. I would
like you to see the "New Kash Lee Kelly"
not the old one. In my eyes
his come along way.
His come from a young Black Boy.
With no direction to a man of want
a vision to do Better, to Be Better

Thankyou for Listening.

Barbara Fox
3107 Wilshire Lane
Oakdale, NY. 11769

MINNEAPOLIS MN 553

14 JAN 2021  PM 2   L

USA FOREVER

Gremia MacDonald
7640 49th Ave N
#344
New Hope, MN 55428

RECEIVED
JAN 19 2021
ROBERT N. TRGOVICH, CLERK
U.S. DISTRICT COURT

Judge Philip P. Simon
5400 Federal Plaza
Suite 4700
Hammond, In. 46320

46320-187700

14 JAN 2021 PM 7 L

Judge: Phillip P Simon
5400 Federal Plaza
Suite 4400

Hammond, In 46320

Kash Lee Kelly